IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § § § **AGILON ENERGY HOLDINGS II LLC** § § Debtor. § § § | | Chapter 11 Case No. 21-32156 |
| In re: § § § **VICTORIA PORT POWER LLC** § § Debtor. § § § | | Chapter 11 Case No. 21-32157 |
| In re: § § § **VICTORIA CITY LLC** § § Debtor. § § § | | Chapter 11 Case No. 21-32158 |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF
[Relates to Docket No. ____]

Upon the motion (the "*Motion*")[1] of the Debtors for an order (this "*Order*"), pursuant to Bankruptcy Code section 342(c)(1), Bankruptcy Rules 1005, 1015(b), and 2002(n), and Local Bankruptcy Rule 1015-1, (i) providing for the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that captions in the Chapter 11 Cases list the Debtors' tax identification numbers and addresses; and upon the First Day Declaration; and due and sufficient notice of the Motion's having been given

---

[1] Capitalized terms not otherwise defined in this Order shall have the definition given to them in the Motion.

under the particular circumstances of these Chapter 11 Cases; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 21-32156 (MI). Additionally, the following items are ordered:

   a. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   b. Parties may request joint hearings on matters pending in any of the jointly administered cases.

2. The caption of the jointly-administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGILON ENERGY HOLDINGS II LLC**, *et al.* | § | **Case No. 21-32156 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

---

[1] The debtors and debtors in possession these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and CPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste 601, Houston, Texas 77057.

3. Each motion, application, and notice in these jointly-administered cases shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Agilon Energy Holdings II LLC, Case No. 21-32156.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of Victoria Port Power LLC and Victoria City Power LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Agilon Energy Holdings II LLC, Case No. 21-32156; Victoria Port Power LLC, Case No. 21-32157; and Victoria City Power LLC, Case No. 21-32158. The docket in Case No. 21-32156 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-32156**.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9. The Debtors shall be permitted to file their monthly operating reports and posteffective date quarterly operating reports required by the United States Trustee's *Region 7 Guidelines for Debtors-in-Possession* on a consolidated basis; provided that disbursements will be listed on a Debtor-by-Debtor basis.

10. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  Houston, Texas

June __, 2021.

_____
Marvin Isgur
United States Bankruptcy Judge