IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br><br>**AGILON ENERGY HOLDINGS II LLC** <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 21-32156 |
| In re: <br><br>**VICTORIA PORT POWER LLC** <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 21-32157 |
| In re: <br><br>**VICTORIA CITY LLC** <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 21-32158 |

**MASTER SERVICE LIST**
(As of June 28, 2021)

| **DEBTORS** | **DEBTORS' COUNSEL** | **COUNSEL FOR COMMITTEE** |
|---|---|---|
| Agilon Energy Holdings II LLC <br> Victoria Port Power LLC <br> Victoria City Power LLC <br> 5850 San Felipe, Ste 601 <br> Houston, TX 77057 | Elizabeth M. Guffy <br> Simon R. Mayer <br> **LOCKE LORD LLP** <br> 600 Travis St., Suite 2800 <br> Houston, TX 77002 <br> Telephone:  (713) 226-1200 <br> Facsimile:  (713) 223-3717 <br> eguffy@lockelord.com <br> simon.mayer@lockelord.com | |
| **GOVERNMENT AGENCIES** <br> Stephen Douglas Statham <br> Jana Whitworth <br> Office of U.S. Trustee <br> 515 Rusk Ave., Ste. 3516 <br> Houston, TX 77002 <br> Stephen.statham@usdoj.gov <br> Jana.whitworth@usdoj.gov | Internal Revenue Service <br> Centralized Insolvency Operation <br> P. O. Box 7346 <br> Philadelphia, PA 19101-7346 | Texas Comptroller <br> P.O. Box 149348 <br> Austin, TX 78714-9348 |

**CONSOLIDATED THIRTY LARGEST UNSECURED CREDITORS**

| | | |
|---|---|---|
| King & Spalding, LLP<br>P O Box 116133<br>Atlanta, GA 30368-6133 | Rena Scherer, Tax Assessor-Collector<br>PO Box 2569<br>Victoria, Texas 77902 | NAES Corporation<br>P.O. Box 94274<br>Seattle, WA 98124-6574 |
| Saber Power Services, LLC<br>9841 Saber Power Lane<br>Rosharon, TX 77583 | Global Project Strategy, Inc.<br>1201 Brickell Ave., Ste. 350A<br>Miami, Florida 33131 | Baker Hughes a GE Co. –<br>Control Solutions<br>1800 Nelson Road<br>Longmont, CO 80501 |
| E4A Solutions, LLC<br>3406 Eden Cove Ln<br>Pearland, TX 77584 | Akin Gump<br>Dept. 7247-6827<br>Philadelphia, PA 19170-6827 | Cummings Westlake, LLC<br>12837 Louetta Road, Ste. 201<br>Cypress, Texas 77429 |
| Aerovent<br>5959 Trenton Lane N<br>Minneapolis, MN 55442-3237 | J-W Power Company<br>P O Box 205856<br>Dallas, Texas 75320-5856 | Marquis Construction Services<br>PO Box 548<br>Clute, Texas 77531 |
| Christian Bech<br>8630 Golden Chord Cir.<br>Houston, Texas 77040 | READITECH<br>649 MISSION ST., 5TH FLR<br>SAN FRANCISCO, CA 94105 | Kestrel<br>9126 N 2150 East Road<br>Fairbury, IL 61739 |
| McHale Performance<br>PO Box 67<br>Redmond, WA 98073 | Baseload Power<br>1605 Highway 181, Suite 157<br>Portland, Texas 78374 | Texas Commission on<br>Environmental Quality<br>PO Box 13089<br>Austin, TX 78711-3089 |
| EquipmentShare<br>PO Box 2214<br>Decatur, AL 35609-2214 | Alliance Source Testing<br>255 Grant Street SE, Ste.600<br>Decatur, AL 35601 | Brenntag Lubricants Central<br>P. O. Box 201978<br>Dallas, Texas 75320-1978 |
| MP2 Energy<br>PO BOX 733560<br>DALLAS, TX 75373-3560 | Akerman<br>1300 Post Oak Blvd<br>Houston, TX 77056 | Bech Engineering<br>8630 Golden Chord Cir.<br>Houston, Texas 77040 |
| CEESI<br>54043 WCR 37<br>Nunn, CO 80648 | Williams Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | Peerless<br>14651 North Dallas Parkway<br>Suite 500<br>Dallas, Texas 75254 |
| Briggs & Veselka Co.<br>9 Greenway Plz<br>Houston, TX 77046 | Safety-Kleen<br>P.O.Box 650509<br>Dallas, Texas 75265-0509 | Triple D Security Corp.<br>PO Box 2346<br>Victoria, TX 77057 |

**PARTIES REQUESTING NOTICE**
Castleman Power Development, LLC; Victoria Midstream LLC; Victoria Bloomington LLC
C/O: Joseph G. Epstein
JOSPEH G. EPSTEIN PLLC
24 Greenway Plaza, Suite 970
Houston, TX 77046
joe@epsteintexaslaw.com

**OTHER INTERESTED PARTIES**
ProEnergy Services, LLC
C/O: Ben Westcott
Brittany Cooper
Josh Judd
Andrews Myers
1885 Saint James Place, 15th Floor
Houston, Texas 77056
bwestcott@andrewsmyers.com
bcooperrider@andrewsmyers.com
jjudd@andrewsmyers.com