IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| **AGILON ENERGY HOLDINGS II, LLC, *et al.*,**[1] | § § § | Case No. 21-32156 (MI) |
| Debtors. | § § § | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appear for The Prudential Insurance Company of America, Prudential Legacy Insurance Company of New Jersey, and Prudential Retirement Insurance and Annuity Company (collectively, the "Senior Secured Noteholders"), and pursuant to rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in the above-captioned cases, and all documents, and all other papers served in these cases, be given to and served upon:

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II, LLC (3389); Victoria Port Power LLC (4894); and Victoria City Power LLC (4169). The Debtors' mailing address is: 5850 San Felipe, Ste. 601, Houston, Texas 77057.

4815-3863-6528

<div style="columns:2">

Paul D. Moak
Matthew W. Bourda
**Gray Reed & McGraw LLP**
1300 Post Oak Blvd, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:      pmoak@grayreed.com
            mbourda@grayreed.com

- and -

Amber M. Carson
**Gray Reed & McGraw LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:      acarson@grayreed.com

Julia Frost-Davies
**Morgan, Lewis & Bockius LLP**
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
Email:      julia.frost-davies@morganlewis.com

- and -

David Lawton
**Morgan, Lewis & Bockius LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 240-2700
Facsimile: (860) 240-2701
Email:      david.lawton@morganlewis.com

- and -

David Riley
**Morgan, Lewis & Bockius LLP**
2049 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001
Email:      david.riley@morganlewis.com

</div>

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the above-captioned debtors or the property of the above-captioned debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right to (1) have final orders in non-core matters entered only after *de novo* review by a District judge, (2) trial by jury in any proceeding so triable in these

4815-3863-6528

cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Senior Secured Noteholders are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 29, 2021
       Houston, TX

 /s/ Paul D. Moak
**GRAY REED & McGRAW LLP**
Paul D. Moak (TX Bar No. 00794316)
Matthew W. Bourda (TX Bar No. 24091948)
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7127
Facsimile:  (713) 986-5966
Email:  pmoak@grayreed.com
       mbourda@grayreed.com

 - and -

Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  acarson@grayreed.com

*Co-Counsel to the Senior Secured Noteholders*

**MORGAN, LEWIS & BOCKIUS LLP**
Julia Frost-Davies (*pro hac vice* pending)
One Federal Street
Boston, MA 02110
Telephone:  (617) 341-7700
Facsimile:  (617) 341-7701
Email:  julia.frost-davies@morganlewis.com

-and-

David Lawton (*pro hac vice* pending)
One State Street
Hartford, CT  06103
Telephone:  (860) 240-2700
Facsimile:  (860) 240-2701
Email:  david.lawton@morganlewis.com

-and-

David Riley (*pro hac vice* pending)
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 907-1000
Facsimile:  (310) 907-1001
Email:  david.riley@morganlewis.com

*Co-Counsel to the Senior Secured Noteholders*

4815-3863-6528