IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AGILON ENERGY HOLDINGS II LLC, *et al.*, | § § | Case No. 21-32156 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** of the appearance of the undersigned attorneys, as counsel for Victoria Port Power II LLC, ("Victoria"), a party in interest in the above-referenced cases, and pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, it is requested that copies of all notices and pleadings in these cases be given to, and served upon, the following:

> **Bracewell LLP**
> 711 Louisiana Street,
> Suite 2300
> Houston, Texas 77002
> Telephone: (713) 221-1166
> Facsimile: (800) 404-3970
> Attn:  William A. (Trey) Wood III
>            Trey.Wood@bracewell.com
>            Jason G. Cohen
>            Jason.Cohen@bracewell.com
>            Robert P. Grattan
>            Bob.Grattan@bracewell.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Victoria Port Power LLC (4894), and Victoria City Power LLC (4169). The Debtors' mailing address is: 5850 San Felipe, Ste 601, Houston, Texas 77057.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is neither intended as, nor is it consent of Victoria to jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor, specifically but not limited to, a waiver of (i) Victoria's rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) Victoria's rights to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Victoria's rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Victoria is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments to Victoria are expressly reserved.

Respectfully submitted,

**BRACEWELL LLP**

By:  /s/ *William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewell.com
Robert P. Grattan
Texas Bar No. 24116452
Bob.Grattan@bracewell.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile:  (800) 404-3970

*Counsel for Victoria Port Power II, LLC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2021, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

>  */s/ William A. (Trey) Wood III*
>  William A. (Trey) Wood III

DM-#8080819