## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **AGILON ENERGY HOLDINGS II** | § | |
| **LLC.,** *et al.,* | § | **CASE No. 21-32156 (MI)** |
| | § | **(**Jointly Administered) |
| **Debtors.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Tennessee Gas Pipeline Company of America, LLC, a  creditor and party in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b).  All such notices should be addressed as follows:

> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 2456 FM 112
> Taylor, Texas  76574
> Telephone: (512) 352-6760
> Email:  pwp@pattiprewittlaw.com

Respectfully submitted this 7th day of July 2021

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
2456 FM 112.
Taylor, Texas  76574
Telephone:  (512) 352-6760
Facsimile:  (713) 583-2833
*Attorney for Tennessee Gas Pipeline Company of America, LLC*

{00131340.DOC}

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the7th day of July 2021.

/s/ Patricia Williams Prewitt

{00131340.DOC}