# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AGILON ENERGY HOLDINGS II LLC, *et al.* | § § | Case No. 21-32156 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

# DECLARATION OF LORETTA CROSS IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GRANT THORNTON LLP AS FINANCIAL ADVISOR

I, Loretta Cross, under penalty of perjury, declare as follows:

1.  I am Managing Director of the Grant Thornton LLP ("**GT**"), a company specializing in Audit, Tax and Advisory Services. The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.[2]

2.  This Declaration is made in support of the above-captioned debtors' (collectively, the "**Debtors**") *Application for Order Authorizing the Employment and Retention of Grant Thornton LLP as Financial Advisor* (the "**Application**") on the terms and conditions as set forth in the Application and the engagement letter between the Debtors and GT attached to this Declaration

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("***Agilon***"), Case No. 21-32156; Victoria Port Power LLC (4894) ("***VPP***"), Case No. 21-32157; and Victoria City Power LLC (4169) ("***VCP***" and together with Agilon and VPP, the "***Debtors***"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste 601, Houston, Texas 77057.

[2] Certain of the disclosures herein related to matter within the knowledge of other professionals at GT and are based on information provided to me by them.

1

as **Exhibit 1** (the "*Engagement Agreement*").[3]  Except as otherwise noted,[4] I have personal knowledge of the matters set forth herein.

## Disinterestedness and Eligibility

1. GT is comprised of leading industry professionals with significant experience in the Restructuring and Bankruptcy Advisory services. GT's professionals have experience in facilitating financial and accounting matters and other related aspects of chapter 11 cases and experience in matters of this size and complexity. GT's professionals have acted as financial advisors in many large bankruptcy cases in various districts nationwide. Some in- and out-of-court restructurings and advisory assignments in the power industry in which GT, or the assigned professionals, have been involved include work performed for or related to Allegheny Energy, Brazos Electric Coop, Calpine, Dynegy, El Paso Energy, Electric Cities, Enron, Mirant, Mobile Energy Services, NRG, Pioneer Electric Coop, Power Company of America and Reliant Resources.

2. GT represents that GT, its members and employees are not and were not, within two years before the date of the filing of these chapter 11 cases, creditors, equity security holders, insiders or employees of the Debtors.

3. In accordance with 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 327(a), I caused to be submitted for review by our conflicts system the names of all known potential parties in interest (the "*Potential Parties in Interest*") in these chapter 11 cases. The

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[4] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

2

Potential Parties in Interest is attached hereto as **Schedule 1**. The list of Potential Parties in Interest was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, current and former directors and officers of the Debtors, significant stockholders, secured creditors, lenders, the Debtors' unsecured creditors, contract counterparties, landlords, vendors, insurers, utilities, governmental authorities and other parties. The results of the conflict check were compiled and reviewed by GT professionals under my supervision. At this time, and as set forth in further detail herein, GT is not aware of any relationship that would present a disqualifying conflict of interest. Should GT discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, GT will use reasonable efforts to file promptly a supplemental declaration.

4.  As can be expected with respect to any professional services firm such as GT, GT provides services to many clients with interests in the Debtors' chapter 11 cases. To the best of my knowledge, except as indicated on Schedule 2 (Disclosure Table), GT's services for such clients do not relate to the Debtors' chapter 11 cases. However, in an abundance of caution, I would bring to the court's attention that GT audits the parent company of Pro Energy Services. GT will not be involved in any negotiations, evaluations or provide services to the Debtor to the extent that Pro Energy Services is also involved in those negotiations or transactions.

5.  To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither GT, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. GT may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which GT serves or has served in a neutral capacity as financial advisor for another chapter 11 debtor.

6.	GT has and will continue to represent clients in matters unrelated to these chapter 11 cases.  In addition, GT and its personnel have and will continue to have relationships personally or in the ordinary course of its business with certain vendors, professionals, and other parties in interest that may be involved in the Debtors' chapter 11 cases. GT may also provide professional services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, which services do not directly relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

7.	GT and its personnel in their individual capacities regularly utilize the services of law firms, accounting firms, and financial advisors. Such firms engaged by GT or its personnel may appear in chapter 11 cases representing the Debtor or parties in interest.  All engagements where such firms represent GT or its personnel in their individual capacities are unrelated to these chapter 11 cases.

8.	To the best of my knowledge, no employees of GT is a relative of, or has been connected with the U.S. Trustee in this district or its employees.

9.	Accordingly, to the best of my knowledge, neither GT nor any of its partners or employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which GT is to be engaged.  Based on the foregoing, I believe that GT is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

10.	If any new material relevant facts or relationships are discovered or arise during the pendency of these chapter 11 cases, GT will promptly file a supplement declaration disclosing such new materials facts or relationships.

**Compensation**

11.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Bankruptcy Local Rules, GT will seek from the Debtors payment for compensation on an hourly basis and reimbursement of actual and necessary expenses incurred by GT.  GT's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

12.     To the best of my knowledge, (a) no commitments have been made or received by GT with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (b) GT has no agreement with any other entity to share with such entity any compensation received by GT in connection with these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on July 22, 2021

By: _/s/ Loretta Cross_____
Loretta Cross
Managing Director
Grant Thornton, LLP

# Schedule 1

# Potential Interested Parties

| | Potential Interested Parties | |
|---|---|---|
| Ref # | Name | Role |
| 1 | ABIP | Potential creditor in case, not top 30 |
| 2 | ACT Commodities | Potential creditor in case, not top 30 |
| 3 | AEP Texas | Potential creditor in case, not top 30 |
| 4 | Aerovent Fan Company, Inc. | 30 Largest Unsecured |
| 5 | AFCO Credit Corporation | Potential creditor in case, not top 30 |
| 6 | Agilon Energy Holdings II LLC | Debtors |
| 7 | Air Tox Enviromental Company | Potential creditor in case, not top 30 |
| 8 | Airgas USA, LLC | Potential creditor in case, not top 30 |
| 9 | Akerman LLP | 30 Largest Unsecured |
| 10 | Akin Gump Strauss Hauer & Feld LLP | Counsel for Secured Lenders |
| 11 | Alliance Source Testing, LLC | 30 Largest Unsecured |
| 12 | Allied Fire Protection, LP | Potential creditor in case, not top 30 |
| 13 | American Arbitration Association | Potential creditor in case, not top 30 |
| 14 | American Electric Power | Potential creditor in case, not top 30 |
| 15 | American Moistening Company, Inc. | Potential creditor in case, not top 30 |
| 16 | AMICO | Potential creditor in case, not top 30 |
| 17 | Armadillo Portable Toilets | Potential creditor in case, not top 30 |
| 18 | B Environmental | Potential creditor in case, not top 30 |
| 19 | Baker Hughes a GE Co. - Control Solutions | 30 Largest Unsecured |
| 20 | Ballard Spahr LLP | Potential creditor in case, not top 30 |
| 21 | Bank Direct | 30 Largest Unsecured |
| 22 | Baseload Power | 30 Largest Unsecured |
| 23 | Bay Ltd. | Potential creditor in case, not top 30 |
| 24 | Bech Engineering | Other - included as 30 largest creditor on previously-flied MSL |
| 25 | Beecher Carlson | Potential creditor in case, not top 30 |
| 26 | Bradley Griffin LLC | Potential creditor in case, not top 30 |
| 27 | Brenntag Lubricants Central | 30 Largest Unsecured |
| 28 | Briggs & Veselka Co. | Potential creditor in case, not top 30 |
| 29 | BSI EHS Services and Solutions | Potential creditor in case, not top 30 |
| 30 | Burns & McDonnell | Potential creditor in case, not top 30 |
| 31 | Castleman Power Development LLC | Potential creditor in case, not top 30 |
| 32 | Castleman Power Systems Intl | Potential creditor in case, not top 30 |
| 33 | Ccd Consulting LLC | Potential creditor in case, not top 30 |
| 34 | CEESI (Colorado Engineering Experiment Station, Inc.) | Other - included as 30 largest creditor on previously-flied MSL |
| 35 | CEMTEK Environmental Inc. | 30 Largest Unsecured |
| 36 | Chamberlain, Hrdlicka, White, Williams & Aughtry, PC | Potential creditor in case, not top 30 |
| 37 | Charter Title Company | Potential creditor in case, not top 30 |
| 38 | Christian Bech | Other - included as 30 largest creditor on previously-flied MSL |
| 39 | City of Victoria | Potential creditor in case, not top 30 |
| 40 | Civil Corp Engineers Surveyors | Potential creditor in case, not top 30 |
| 41 | Coastal Fence and Irrigation, LLC | Potential creditor in case, not top 30 |
| 42 | Compression Generation Services | Potential creditor in case, not top 30 |
| 43 | CORMETECH, Inc. | Potential creditor in case, not top 30 |
| 44 | Crescent Power, Inc. | Potential creditor in case, not top 30 |
| 45 | Crew Land Research | Potential creditor in case, not top 30 |
| 46 | CT Corporation | Potential creditor in case, not top 30 |
| 47 | Culligan International Company | Potential creditor in case, not top 30 |
| 48 | Cummings Westlake, LLC | 30 Largest Unsecured |
| 49 | Detection & Measurement Systems | Potential creditor in case, not top 30 |
| 50 | Dow Golub Remels & Gilbreath | Potential creditor in case, not top 30 |
| 51 | E3 Consulting | Potential creditor in case, not top 30 |
| 52 | E4A Solutions, LLC | 30 Largest Unsecured |
| 53 | Electric Reliability Council of Texas, Inc. | Parties Requesting Notice |
| 54 | Emerson-Rosemount Inc | Potential creditor in case, not top 30 |
| 55 | EquipmentShare | 30 Largest Unsecured |
| 56 | Equisales Associates, Inc. | 30 Largest Unsecured |
| 57 | ESE Partners | Potential creditor in case, not top 30 |
| 58 | ESS Metron | Potential creditor in case, not top 30 |

| Ref # | Name | Role |
|---|---|---|
| 59 | Failure AnalysisServices Tech, Inc. | Potential creditor in case, not top 30 |
| 60 | Farm Industrial | Potential creditor in case, not top 30 |
| 61 | FileHold Systems Inc. | Potential creditor in case, not top 30 |
| 62 | Finsight Group Inc | Potential creditor in case, not top 30 |
| 63 | Fordyce Holdings, Inc. | Potential creditor in case, not top 30 |
| 64 | Foster Fence Ltd | Potential creditor in case, not top 30 |
| 65 | Fotronic Corporation | Potential creditor in case, not top 30 |
| 66 | Friedel Drilling Co. | Potential creditor in case, not top 30 |
| 67 | GE Packaged Power, LLC | 30 Largest Unsecured |
| 68 | Gene's Machine, Inc. | Potential creditor in case, not top 30 |
| 69 | GK Techstar, LLC | Potential creditor in case, not top 30 |
| 70 | Global Project Strategy, Inc. | 30 Largest Unsecured |
| 71 | Golden Cresent | Potential creditor in case, not top 30 |
| 72 | Grant Thornton LLP | Debtor's Advisor |
| 73 | Green Bank | Potential creditor in case, not top 30 |
| 74 | Hatfield and Company, Inc. | Potential creditor in case, not top 30 |
| 75 | HI-TECH ELECTRIC, INC | Potential creditor in case, not top 30 |
| 76 | HLI Laredo, Inc | Potential creditor in case, not top 30 |
| 77 | Hugh Smith Advisors LLC | Debtor's Advisor |
| 78 | Ingersoll Rand Company | Potential creditor in case, not top 30 |
| 79 | Intelletrace, Inc. | 30 Largest Unsecured |
| 80 | Internal Revenue Service Centralized Insolvency Operation | Gov't Agency |
| 81 | Interra Incorporated | Potential creditor in case, not top 30 |
| 82 | Intertch-Filtration Filters | Potential creditor in case, not top 30 |
| 83 | Jack Kelly | Potential creditor in case, not top 30 |
| 84 | JDM Commercial Services, LLC | Potential creditor in case, not top 30 |
| 85 | JLL Valuation and Advisory Services | Potential creditor in case, not top 30 |
| 86 | J-W Power Company | 30 Largest Unsecured |
| 87 | Kestrel Power Engineering, LLC | 30 Largest Unsecured |
| 88 | Kimball Midwest | Potential creditor in case, not top 30 |
| 89 | Kinder Morgan Tejas Pipeline | Potential creditor in case, not top 30 |
| 90 | King & Spalding, LLP | 30 Largest Unsecured |
| 91 | Konecranes, Inc. | Potential creditor in case, not top 30 |
| 92 | Leidos Engineering | Potential creditor in case, not top 30 |
| 93 | Lisa Murphy | Potential creditor in case, not top 30 |
| 94 | Locke Lord LLP | Debtor's Counsel |
| 95 | M&T Bank | 30 Largest Unsecured |
| 96 | Marcello Garcia | Potential creditor in case, not top 30 |
| 97 | Marek Field Services LLC | Potential creditor in case, not top 30 |
| 98 | Marquis Construction Services | 30 Largest Unsecured |
| 99 | McHale Performance | Potential creditor in case, not top 30 |
| 100 | Mercer Construction | Potential creditor in case, not top 30 |
| 101 | Mid - Coast Electric Supply | Potential creditor in case, not top 30 |
| 102 | Morgan Lewis | Potential creditor in case, not top 30 |
| 103 | MP2 Energy Texas, LLC | 30 Largest Unsecured |
| 104 | NAES Corporation | 30 Largest Unsecured |
| 105 | Neches and Trinity Valleys GCD | Potential creditor in case, not top 30 |
| 106 | NRG Stream Services | Potential creditor in case, not top 30 |
| 107 | Office of U.S. Trustee | US Trustee |
| 108 | Olson Ventures, LLC | Potential creditor in case, not top 30 |
| 109 | Oppel & Goldberg PLLC | Potential creditor in case, not top 30 |
| 110 | Packaged Power, LLC | Potential creditor in case, not top 30 |
| 111 | Pac-Van Inc | Potential creditor in case, not top 30 |
| 112 | Peerless Industrial Group, Inc. | Other - included as 30 largest creditor on previously-flied MSL |
| 113 | Port of Victoria | Potential creditor in case, not top 30 |
| 114 | Post Glover | Potential creditor in case, not top 30 |
| 115 | Power Plant Operations, Mtse & Consulting | Potential creditor in case, not top 30 |
| 116 | PowerFlow Fluid Systems | Potential creditor in case, not top 30 |
| 117 | Princeton Wong | Potential creditor in case, not top 30 |

| Ref # | Name | Role |
|---|---|---|
| 118 | ProEnergy Services | Potential creditor in case, not top 30 |
| 119 | Progressive Pumps Corp. | Potential creditor in case, not top 30 |
| 120 | Prudential Capital Energy Partners, L.P. | Debtor's Secured Lenders |
| 121 | Prudential Energy Capital Partners | Potential creditor in case, not top 30 |
| 122 | Prudential Insurance | Potential creditor in case, not top 30 |
| 123 | Prudential Legacy Insurance Company of New Jersey | Parties Requesting Notice |
| 124 | Prudential Retirement Insurance and Annuity Company | Parties Requesting Notice |
| 125 | Rainbolt & Alexander, L.L.P. | Potential creditor in case, not top 30 |
| 126 | Ranger Analytics, Inc. | Potential creditor in case, not top 30 |
| 127 | READITECH | 30 Largest Unsecured |
| 128 | Red Ball Oxygen | Potential creditor in case, not top 30 |
| 129 | Rena Scherer, Tax Assessor-Collector | 30 Largest Unsecured |
| 130 | Rev 1 Power Services, Inc. | 30 Largest Unsecured |
| 131 | Revista de Victoria | Potential creditor in case, not top 30 |
| 132 | Richards Plumbing Company | Potential creditor in case, not top 30 |
| 133 | Saber Power Services, LLC | Potential creditor in case, not top 30 |
| 134 | Safety Compliance Services | Potential creditor in case, not top 30 |
| 135 | Safety-Kleen | Other - included as 30 largest creditor on previously-flied MSL |
| 136 | SBS Nolan Power Group, Inc. | Potential creditor in case, not top 30 |
| 137 | SBS/Nolan Power/QSS | Potential creditor in case, not top 30 |
| 138 | SetPoint Integrated Solutions | Potential creditor in case, not top 30 |
| 139 | Shell Energy North America (US), L.P. | 30 Largest Unsecured |
| 140 | Skyhawk Chemicals, Inc. | Potential creditor in case, not top 30 |
| 141 | South Texas Crane Service, Inc. | Potential creditor in case, not top 30 |
| 142 | South Texas Ventilation | Potential creditor in case, not top 30 |
| 143 | Southwest Energy, LP | 30 Largest Unsecured |
| 144 | Southwest Energy, LP PPA | Potential creditor in case, not top 30 |
| 145 | Stacey Woodard | Potential creditor in case, not top 30 |
| 146 | Starfish PPS | Potential creditor in case, not top 30 |
| 147 | Strategic Power Systems, Inc. | Potential creditor in case, not top 30 |
| 148 | Stratus Technologies Ireland Ltd. Lockbox | Potential creditor in case, not top 30 |
| 149 | SUEZ WTS Services USA, Inc. | Potential creditor in case, not top 30 |
| 150 | Sunbelt Rentals | Potential creditor in case, not top 30 |
| 151 | Suwannee Pipe and Supply | Potential creditor in case, not top 30 |
| 152 | SW Consulting | Potential creditor in case, not top 30 |
| 153 | Swagelok Austin/Corpus Christi | Potential creditor in case, not top 30 |
| 154 | Tennessee Gas Pipeline Company of America, LLC | 30 Largest Unsecured - Notice Requested |
| 155 | Tennessee Gas Pipeline Company, LLC | 30 Largest Unsecured |
| 156 | Texas Commission on Environmental Quality | 30 Largest Unsecured |
| 157 | Texas Comptroller | Gov't Agency |
| 158 | Texas Department of Licensing and Regulation | Potential creditor in case, not top 30 |
| 159 | Texas Department of Transportation | Potential creditor in case, not top 30 |
| 160 | Texas First Rental | Potential creditor in case, not top 30 |
| 161 | The Prudential Insurance Company of America | Parties Requesting Notice |
| 162 | The Reynolds Company | Potential creditor in case, not top 30 |
| 163 | The Ultimate Industrial Group | Potential creditor in case, not top 30 |
| 164 | TISD, Inc. | Potential creditor in case, not top 30 |
| 165 | TransCanada Turbines Inc. | Potential creditor in case, not top 30 |
| 166 | Triple D Security Corp. | Potential creditor in case, not top 30 |
| 167 | Twin Eagle Resource Management LLC | Potential creditor in case, not top 30 |
| 168 | Union Pacific Railroad | Potential creditor in case, not top 30 |
| 169 | US Bank as Paying Agent for Prudential | Potential creditor in case, not top 30 |
| 170 | Valor Fabrication, LLC | Potential creditor in case, not top 30 |
| 171 | Vector Controls, LLC | Potential creditor in case, not top 30 |
| 172 | Verizon Communications Inc | Potential creditor in case, not top 30 |
| 173 | Victoria Bloomington LLC | Potential creditor in case, not top 30 |
| 174 | Victoria City Power LLC | Debtors |
| 175 | Victoria County | Parties Requesting Notice |
| 176 | Victoria County Clerk | Potential creditor in case, not top 30 |

| Ref # | Name | Role |
|---|---|---|
| 177 | Victoria Economic Development Corporation | Potential creditor in case, not top 30 |
| 178 | Victoria Midstream, LLC | Potential creditor in case, not top 30 |
| 179 | Victoria Port Power II LLC | Parties Requesting Notice |
| 180 | Victoria Port Power LLC | Debtors |
| 181 | Victoria Willow LLC | Potential creditor in case, not top 30 |
| 182 | VIM Technologies Inc. | Potential creditor in case, not top 30 |
| 183 | W. W. Grainger, Inc. | Potential creditor in case, not top 30 |
| 184 | W.W. Services | Potential creditor in case, not top 30 |
| 185 | Waste Management | Potential creditor in case, not top 30 |
| 186 | Watertech Services | Potential creditor in case, not top 30 |
| 187 | Williams Scotsman, Inc. | 30 Largest Unsecured |
| 188 | Wilmington Trust | Potential creditor in case, not top 30 |
| 189 | Zapata Security | Potential creditor in case, not top 30 |

# Schedule 2

# Disclosure Table

**Entity in Bankruptcy**
**DISCLOSURE TABLE**

| Ref # | Entity or Individual | Relationship in Bankruptcy | Relationship with Grant Thornton |
|---|---|---|---|
| 1 | Akin Gump Strauss Hauer & Feld LLP | Counsel for Secured Lenders | Forensic Relationship |
| 2 | Akin Gump Strauss Hauer & Feld LLP | Counsel for Secured Lenders | Advisory Relationship |
| 3 | Office of U.S. Trustee | US Trustee | Forensic Relationship |
| 4 | King & Spalding, LLP | Creditor | Business Relationship |
| 5 | Verizon Communications, Inc. | Creditor | Business Relationship |
| 6 | Airgas USA, LLC | Creditor | Advisory Relationship |
| 7 | Airgas USA, LLC | Creditor | Tax Relationship |
| 8 | Akin Gump Strauss Hauer & Feld LLP | Counsel for Secured Lenders | Forensic Relationship |
| 9 | American Arbitration Association | Creditor | Advisory Relationship |
| 10 | Ballard Spahr LLP | Creditor | Forensic Relationship |
| 11 | Culligan International Company | Creditor | Advisory Relationship |
| 12 | Culligan International Company | Creditor | Tax Relationship |
| 13 | Culligan International Company | Creditor | Transaction Services Relationship |
| 14 | Culligan International Company | Creditor | Valuation Relationship |
| 15 | Ingersoll Rand Company | Creditor | Tax Relationship |
| 16 | Kestrel Upperco, LLC (dba Quadion) | Creditor | Audit Relationship |
| 17 | Kestrel Upperco, LLC (dba Quadion) | Creditor | Tax Relationship |
| 18 | Kestrel Upperco, LLC (dba Quadion) | Creditor | Transaction Services Relationship |
| 19 | NAES Corporation | Creditor | Tax Relationship |
| 20 | NAES Corporation | Creditor | Transaction Services Relationship |
| 21 | Pac-Van Inc | Creditor | Advisory Relationship |
| 22 | ProEnergy Holding Company | Creditor | Tax Relationship |
| 23 | ProEnergy Holding Company | Creditor | Audit Relationship |
| 24 | Southwest Energy L.P. | Creditor | Audit Relationship |
| 25 | Southwest Energy L.P. | Creditor | Tax Relationship |
| 26 | Twin Eagle Resource Management, LLC | Creditor | Audit Relationship |
| 27 | Verizon Communications, Inc. | Creditor | Forensic Relationship |
| 28 | Wilmington Trust | Creditor | Tax Relationship |
| 29 | M&T Bank | Creditor | Business Relationship |
| 30 | Konecranes, Inc. | Creditor | GT United Kingdom Audit Relationship |
| 31 | Verizon Communications, Inc. | Creditor | GT United Kingdom Audit Relationship |
| 32 | Victoria Bloomington LLC | Creditor | GT United Kingdom Audit Relationship |
| 33 | M&T Bank | Creditor | Advisory Relationship |
| 34 | Prudential Financial, Inc. (NYSE:PRU) | Secured Lender | Advisory Relationship |
| 35 | SUEZ WTS Services USA, Inc. | Creditor | Tax Relationship |
| 36 | Verizon Communications, Inc. | Creditor | Advisory Relationship |
| 37 | General Electric Company (NYSE:GE) | Creditor | Valuation Relationship |
| 38 | Prudential Financial, Inc. (NYSE:PRU) | Secured Lender | Audit Relationship |
| 39 | Akerman LLP | Creditor | Forensic Relationship |

| Ref # | Entity or Individual | Relationship in Bankruptcy | Relationship with Grant Thornton |
|---|---|---|---|
| 40 | Williams Scotsman, Inc. | Creditor | Transaction Services Relationship |
| 41 | Kestrel Upperco, LLC (dba Quadion) | Creditor | Forensic Relationship |
| 42 | King & Spalding, LLP | Creditor | Advisory Relationship |
| 43 | Wilmington Trust | Creditor | Audit Relationship |
| 44 | General Electric Company (NYSE:GE) | Creditor | Advisory Relationship |
| 45 | General Electric Company (NYSE:GE) | Creditor | Transaction Services Relationship |
| 46 | AFCO Credit Corporation | Creditor | Tax Relationship |
| 47 | Baker Hughes a GE Co. - Control Solutions | Creditor | Valuation Relationship |
| 48 | Prudential Financial, Inc. (NYSE:PRU) | Secured Lender | Valuation Relationship |
| 49 | FINSIGHT Group Inc | Creditor | Transaction Services Relationship |
| 50 | AFCO Credit Corporation | Creditor | Advisory Relationship |
| 51 | Leidos Engineering, LLC | Creditor | Advisory Relationship |
| 52 | CT Corporation | Creditor | Audit Relationship |
| 53 | Castleman Power Development LLC | Creditor | Advisory Relationship |
| 54 | Peerless Industrial Group, Inc. | Creditor | Tax Relationship |
| 55 | Agilon Energy II, LLC | Client - Related Entity | Advisory Relationship |

*Please note: The above includes all relationships found for the debtor, their affiliates, and all entities / individuals listed on the Interested Parties List.*