**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**JANA SMITH WHITWORTH,**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650**
**Fax:  (713) 718-4670**
**Email: Jana.Whitworth@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGILON ENERGY HOLDINGS II LLC,** *et al.* | § | **Case No. 21-32156** (MI) |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| **Members** | **Counsel for Member** |
|---|---|
| NAES Corporation<br>Attn: David Minor, Associate General Counsel<br>1180 NW Maple Street, Suite 200<br>Issaquah, WA 98103<br>(425) 961-4700 – Telephone<br>(425) 961-4646 – Fax<br>Email: david.minor@naes.com | |

---

[1] The debtors and debtors in possession these chapter 11 cases (the "***Bankruptcy Cases***"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("***Agilon***"), Case No. 21-32156; Victoria Port Power LLC (4894) ("***VPP***"), Case No. 21-32157; and Victoria City Power  LLC (4169) ("***VCP***" and together with Agilon and VPP, the "***Debtors***"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste 601, Houston, Texas 77057.

| | |
|---|---|
| Baker Hughes Company<br>Attn: Christopher J. Ryan<br>2001 Rankin Road<br>Houston, Texas 77073<br>(713) 416-0149 (cell)<br>Email: chris.ryan@bakerhughes.com | |
| Saber Power Services, LLC<br>Attn: Jessica Albin<br>9841 Saber Power Lane<br>Rosharon, Texas 77583<br>(832) 804-6527 – Telephone<br>Email: jalbin@saberpower.com | |

SIGNED on July 30, 2021.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:   /s/ Jana Smith Whitworth
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
515 Rusk, Suite 3516
Houston, Texas  77002
(713) 718-4650 - Telephone
(713) 718-4670  - Fax
Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 30th day of July, 2021.

/s/Jana Smith Whitworth
Jana Smith Whitworth