**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**JANA SMITH WHITWORTH, TRIAL ATTORNEY**
515 Rusk, Suite 3516
Houston, Texas   77002
Telephone:  (713) 718-4650
Fax:  (713) 718-4670
Email: Jana.Whitworth@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **AGILON ENERGY HOLDINGS II LLC,** *et al.* | § | **Case No. 21-32156 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF ORGANIZATIONAL MEETING OF THE
### OFFICIAL UNSECURED CREDITORS' COMMITTEE

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled case has been scheduled via telephone conference call on Tuesday, August 3, 2021 at 2:00 p.m. (Houston Time).  The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

SIGNED this the 2nd day of August 2021.

---

[1] The debtors and debtors in possession these chapter 11 cases (the "***Bankruptcy Cases***"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("***Agilon***"), Case No. 21-32156; Victoria Port Power LLC (4894) ("***VPP***"), Case No. 21-32157; and Victoria City Power  LLC (4169) ("***VCP***" and together with Agilon and VPP, the "***Debtors***"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste 601, Houston, Texas 77057.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Jana Smith Whitworth*
Jana Smith Whitworth
Texas Bar No. 00797453/Fed. ID No. 20656
515 Rusk, Suite 3516
Houston, Texas  77002
(713) 718-4650
(713) 718-4670 Fax
Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 2nd day of August, 2021.

*/s/Jana Smith Whitworth*
Jana Smith Whitworth