United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **AGILON ENERGY HOLDINGS II LLC,** *et al.* | § | Case No. 21-32156 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING DEBTORS' UNOPPOSED *EMERGENCY* MOTION FOR ENTRY OF ORDER EXTENDING THE EMERGENCY DIP FACILITY'S MATURITY DATE TO SEPTEMBER 3, 2021**

[Relates to Docket No. 172]

The Court has considered the *Emergency Unopposed Motion for Entry of Agreed Order Extending the Emergency DIP Facility's Maturity Date to September 3, 2021* and it appearing that notice of the Motion is sufficient and that no further notice need be provided, and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, it is hereby ORDERED that:

1. The maturity date of the Emergency DIP Facility (as defined in the Motion) is hereby extend to September 3, 2021, at no cost.

2. All other terms and provisions of the *Emergency Senior Secured Superpriority Debtor-in-Possession Financing Term Sheet*, dated as of July 12, 2021, shall remain in full force and effect.

---

[1] The debtors and debtors in possession these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

1

96773591v.2

3. This Court retains jurisdiction with respect to all matters arising from or in relation to the interpretation or implementation of this Order, including any dispute arising under the Services Agreement.

Signed: August 31, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

96773591v.2