United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 08, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **AGILON ENERGY HOLDINGS II LLC, *et al.*** | § § | **Case No. 21-32156 (MI)** |
| **Debtors.[2]** | § § § | **(Jointly Administered)** |

**ORDER ALLOWING INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
(Related to Docket No. 284 )

The Court has considered the *First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* filed by Grant Thornton LLC (the "***Applicant***"). The Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $476,675.50 for the period set forth in the application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed:  November 08, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[2]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power  LLC (4169), Case No. 21-32158. The Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

99225683v.1