United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § § | Chapter 11 | |
| AGILON ENERGY HOLDINGS II LLC, *et al.* § § | Case No. 21-32156 (MI) | |
| Debtors.[3] § § | (Jointly Administered) | |

## ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
(Related to Docket No. 285 )

The Court has considered the *First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* filed by Hugh Smith Advisors LLC (the "***Applicant***"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $109,989.54 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: November 08, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

[3] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

99239696v.1