IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **AGILON ENERGY HOLDINGS II LLC,** *et al.* | § § § | **Case No. 21-32156 (MI)** |
| | § § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**STIPULATION SELECTING SPECIAL MASTER**
[Related to Docket No. 329]

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Castleman Entities (collectively with the Debtors, the "Parties") file this *Stipulation Selecting Special Master* (the "Stipulation") in compliance with paragraph 4 of the Court's *Order for Turnover of Records* [Docket No. 329] (the "Turnover Order").

The Parties hereby stipulate that Randy W. Williams of Byman & Associates PLLC shall be the Special Master to review category 1(a) and 1(b) recorded information under the Turnover Order.

[*Signature Page to Follow*]

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

Dated: Houston, Texas
   November 10, 2021

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
 Joshua W. Wolfshohl (TX Bar No. 24038592)
 M. Shane Johnson (TX Bar No. 24083263)
 Megan Young-John (TX Bar No. 24088700)
 1000 Main Street, 36th Floor
 Houston, TX 77002-2764
 Telephone: (713) 226-6000
 Facsimile: (713) 226-6248
 Email: jwolfshohl@porterhedges.com
 Email: sjohnson@porterhedges.com
 Email: myoung-john@porterhedges.com

 *Conflicts Counsel for the Debtors and Debtors in Possession*

 *And*

**JOSEPH G. EPSTEIN PLLC**

By: */s/ Joseph G. Epstein*
 Joseph G. Epstein (TX Bar No. 06639320)
 24 Greenway Plaza, Suite 970
 Houston, Texas 77046
 (713) 222-8400 (Telephone)
 (713) 650-2400 (Facsimile)
 Email: joe@epsteintexaslaw.com

 *Counsel for the Castleman Entities*