IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |

> Leave is granted for the movant to demonstrate whether service of the motion was undertaken in compliance with the rules. It appears that the sole method of service was through CM/ECF.

Signed: November 15, 2021

Marvin Isgur
United States Bankruptcy Judge

Period to April 23, 2022; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion under the circumstances having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is fair, reasonable, and in the best interests of

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the Debtors, their estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the period under which the Debtors have the exclusive right to file a chapter 11 plan of reorganization or liquidation under section 1121(b) of the Bankruptcy Code for each Debtor is extended through and including February 22, 2022.  It is further

**ORDERED** that the period under which the Debtors have the exclusive right to obtain acceptances of such a plan under section 1121(c)(3) of the Bankruptcy Code for each Debtor is extended through and including April 23, 2022.  It is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.  It is further

**ORDERED** that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).  It is further

**ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.  And it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

_____
Marvin Isgur
United States Bankruptcy Judge