**Exhibit 1**

**Wind-Down Budget**

**Agilon Energy Holdings II LLC**
**Proposed Wind Down Budget**
**Updated 4/7/2022**

| | | | Pre-Plan Effective | | | Post Plan Effective | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month 1 | Month 2 | Month 3 | Month 3 | Month 4 | Month 5 | | | |
| | Professional | Work Stream | March-22 | April-22 | May-22 | May-22 | June-22 | July-22 | After July-22 | Total | Comments |
| 1 | Grant Thornton | | | | | 8,250 | 11,000 | 11,000 | 22,000 | 52,250 | Assumed blended rate of $550/hr |
| | | Settlement of Asset Sale | | | x | x | | | | | |
| | | Prepare Final Settlement Statement | | | x | x | | | | | |
| | | Insurance policy proration | | | x | x | | | | | |
| | | Property tax proration | | | x | x | | | | | |
| | | Provide supporting info as requested by Buyer | | | x | x | | | | | |
| | | Budgeting/Reporting | x | x | x | x | x | x | | | |
| | | PCR to Trustee, disbursement reporting, UST fee calculation | x | x | x | x | x | x | | | |
| | | Monthly Wind down budget to actual reporting | x | x | x | x | x | x | x | | |
| | | Other financial reporting/cash reconciliations | x | x | x | x | x | x | x | | |
| | | Insurance | x | | | | | x | | | |
| | | Tax Reporting | | | | | | | | | |
| | | Send Secretary of State termination notice of Debtor entities | | | | | | x | | | |
| | | 2021 Trust return and eventual dissolution | x | x | | | | | | | |
| | | 2021 legal entity tax return filing | x | x | | | | | | | |
| | | Close out of estate | | | | | | | x | | |
| 2 | 3rd Party/Vibration Expert | | | | | 4,500 | 6,500 | - | - | 11,000 | Assumed $4,500/mo., and $2000 expenses in June 2022. |
| | | Operational Holdbacks | | | | | | | | | |
| | | Post Closing VP Vibration Escrow | x | x | x | x | x | | | | |
| | | Post Closing Pressure Test Escrow | x | x | x | x | x | | | | |
| | | Budgeting/Reporting | | | | | | | | | |
| | | Resolution of NERC Violations | x | x | | | | | | | |
| | | Divestment of remaining NOx emission allowance | x | | | | | | | | |
| 3 | Bookkeeper | | | | | 4,500 | 3,000 | 6,000 | 7,000 | 20,500 | Assumed approximately $75/hr |
| | | Cash Management | | | | | | | | | |
| | | Cash deposits - return funds | x | x | | | | | | | |
| | | Collect outstanding receivables | x | x | | | | | | | |
| | | Receive, process and pay vendor invoices | x | x | | | | | | | |
| | | Transfer funds and close Agilon bank accounts | x | x | | | | | | | |
| | | Accounting | x | x | | | | | | | |
| | | Finalize asset sale accounting to Debtor books | x | x | | | | | | | |
| | | Reconcile and resolve all outstanding balance sheet items | x | x | | | | | | | |
| | | Route tax notices | x | x | | | | | | | |
| | | File final Sales & Use tax return(s) | x | x | | | | | | | |
| | | Outstanding reconciliation - Operating & Revenue account | x | x | | | | | | | |
| | | Settlement of Asset Sale | | | x | x | | | | | |
| | | Prepare Final Settlement Statement | | | x | x | | | | | |
| | | Insurance policy proration | | | x | x | | | | | |
| | | Property tax proration | | | x | x | | | | | |
| | | Provide supporting info as requested by Buyer | | | x | x | | | | | |
| | | Budgeting/Reporting | x | x | x | x | x | x | x | | |
| | | PCR to Trustee, disbursement reporting, UST fee calculation | x | x | x | x | x | x | x | | |
| | | Monthly Wind down budget to actual reporting | x | x | x | x | x | x | x | | |
| | | Other financial reporting/cash reconciliations | x | x | x | x | x | x | x | | |
| | | Close out of estate | | | | | | | x | | |
| 3 | Secured Claim Objection Legal Fees/Porter Hedges | | | | | 40,000 | 40,000 | 40,000 | 20,000 | 140,000 | |
| | | Legal support on various open items | | | x | x | x | x | x | | |
| | | Close out of estate | | | | | | | x | | |
| 4 | Locke Lord | | | | | 40,000 | 30,000 | 20,000 | 10,000 | 100,000 | Locke Lord fees for post-Effective Date work. |
| 5 | US Trustee | | | | | - | - | - | - | - | US Trustee Fees are included in Carve Out. |
| 6 | Contingent | | | | | 10,000 | 10,000 | 10,000 | 30,000 | 60,000 | |
| 7 | Plan Administrator/Hugh Smith [A] | | | | | 17,500 | 26,250 | 26,250 | 80,000 | 150,000 | |
| | | Litigation Matters | | | x | x | x | x | x | | |
| | | Claims Resolution | | | x | x | x | x | x | | |
| | | General Oversight | | | x | x | x | x | x | | |
| | **Total Fee Estimate** | | - | - | - | 124,750 | 126,750 | 113,250 | 169,000 | 533,750 | |

[A] This budget does not contemplate claims analysis or objections for unsecured claims. Such activities will be funded out of recoveries, if any.