IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AGILON ENERGY HOLDINGS II LLC, *et al.* | Case No. 21-32156 (MI) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:** April 21, 2022<br>**Hearing Time:** 11:00 a.m.<br>**Location:** Courtroom 404<br>515 Rusk<br>Houston, Texas 77002<br>**Judge Presiding:** Marvin Isgur |

## DEBTORS' *AMENDED* COMBINED WITNESS AND EXHIBIT LIST
[Relates to Docket No. 652 & 665]

Agilon Energy Holdings II LLC, Victoria Port Power LLC, and Victoria City Power LLC (collectively, the "***Debtors***") submit the following combined Witness and Exhibit List for the hearing scheduled on April 21, 2022, at 11:00 a.m. (CT), before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk, Room 404, Houston, Texas. Parties may participate in the hearing either in person or by an audio and video connection.

### Witness List

1. Hugh Smith, Chief Restructuring Officer;

2. Joshua Wolfshohl, Porter Hedges LLP

3. Any witness designated or called by any party; and

4. Any witness required for rebuttal.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II, LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

1

The Debtors reserve the right to modify, amend, or supplement this Witness and Exhibit List at their discretion at any time prior to hearing on these matters.

## Exhibit List

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Solicitation Notice [Docket No. 652-1 p.5–18] | | | | |
| 2. | Form of Ballot [Docket No. 652-1 p.13–18] | | | | |
| 3. | Form of Notice to Non-Voting Creditors and Equity Interest Holders [Docket No. 652-1 p.19–25] | | | | |
| 4. | Wind-Down Budget | | | | |
| 5. | Liquidation Analysis | | | | |
| | Any rebuttal or impeachment exhibits. | | | | |
| | Any demonstrative exhibits. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |

Dated:  April 20, 2022.

        Respectfully submitted,

        */s/ Simon R. Mayer*
        Elizabeth M. Guffy
        Texas Bar No. 08592525
        Simon R. Mayer
        Texas Bar No. 24060243
        **LOCKE LORD LLP**
        600 Travis St., Suite 2800
        Houston, TX 77002
        Telephone:  (713) 226-1200
        Facsimile:  (713) 223-3717
        Email: eguffy@lockelord.com
             simon.mayer@lockelord.com

        ***Attorneys for***
        ***Agilon Energy Holdings II LLC, et al.***

## CERTIFICATE OF SERVICE

     I certify that, on April 20, 2022, a true and correct copy of the foregoing Exhibit and Witness List and copies of the identified exhibits were served on all parties who receive service in these chapter 11 cases via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Simon R. Mayer*
        Simon R. Mayer