# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, April 21, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Julia | Frost-Davies | Morgan, Lewis & Bockius | Senior Secured Lenders |
| Ira | Kharasch | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| David | Lawton | Morgan, Lewis & Bockius | Senior Secured Lenders |
| Deborah | Perry | Munsch Hardt Kopf & Harr, PC | ERCOT |
| Jeff | Pomerantz | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Stephen | Statham | Department of Justice | United States Trustee |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |