# **<u>EXHIBIT 1</u>**

**OPEN LETTER TO GENERAL UNSECURED CREDITORS RECOMMENDING
THAT THEY VOTE TO REJECT THE PLAN AND OPT OUT OF RELEASES**

Dear General Unsecured Creditors:

The Official Committee of Unsecured creditors (the "Official Creditors' Committee")[1] of Agilon Energy Holdings II LLC and its affiliated chapter 11 Debtors (the "Debtors") is the statutory fiduciary representative of general unsecured creditors of the Debtors appointed by the office of the United States Trustee, a division of the United States Department of Justice, and for the reasons set forth below strongly urges general unsecured creditors in Class 5 to vote to **REJECT** the Debtors' Plan enclosed with this letter and **OPT OUT** of the Releases described below.  As described below, the Official Creditors' Committee believes that the Debtors' plan does not offer any real chance of a recovery to General Unsecured Creditors and gratuitously releases claims held by General Unsecured Creditors in return for no meaningful consideration or value to General Unsecured Creditors.

The Official Creditors' Committee intends to vigorously object to the Plan on various grounds, including:

- **The Plan Offers No Realistic Possibility of a Recovery by General Unsecured Creditors.**  The Plan provides that General Unsecured Creditors will share in any recovery from the prosecution by the Plan Administrator of the Retained Claims and Causes of Action, including the potential causes of actions against insiders of the Debtors.  However, the Plan does not provide for any funding necessary for the investigation or prosecution of such potentially valuable causes of action.  Thus, the Official Creditors' Committee does not believe there is any realistic possibility of a recovery for any of the General Unsecured Creditors.

- **Claims are Inappropriately Released by General Unsecured Creditors**.  The Plan contains broad, gratuitous direct and third party releases for the benefit of Prepetition Senior Secured Lenders and their related parties.  The Official Creditors' Committee does not believe that there is any meaningful consideration being provided by the Prepetition Senior Secured Lenders to support such releases.

**In summary, the Official Creditors' Committee urges general unsecured creditors in Class 5 to vote to <u>REJECT THE PLAN</u> and OPT OUT OF THE RELEASES by the voting deadline of 4:00 p.m., prevailing Central Time, on _____.**

---

[1] The members of the Official Creditors Committee consist of Baker, Hughes Company and Saber Power Servicer, LLC.

Letter to General Unsecured Creditors
**Recommendation to Vote to Reject the Agilon Plan**
April 21, 2022
Page 2


        General unsecured creditors who wish to contact the Official Creditors' Committee or express their support for the positions articulated by the Official Creditors' Committee are invited to contact its counsel, Pachulski Stang Ziehl & Jones, LLP, Attn: Jeffrey N. Pomerantz, Michael D. Warner or Ira D. Kharasch.

                                        Very truly yours,

                                        THE OFFICIAL COMMITTEE OF
                                        UNSECURED CREDITORS OF AGILON
                                        ENERGY HOLDINGS II LLC AND ITS
                                        AFFILIATED DEBTORS


                        BY:     _____
                                _____
                                as Co-Chair of the Official Creditors'
                                Committee



                        BY:     _____
                                _____
                                as Co-Chair of the Official Creditors'
                                Committee