# **EXHIBIT 2**

## Denise L. Mendoza

| | |
|---|---|
| **From:** | Ira Kharasch |
| **Sent:** | Monday, April 25, 2022 4:38 PM |
| **To:** | Denise L. Mendoza |
| **Cc:** | Michael D. Warner |
| **Subject:** | Agilon/Exhibit 2 to Pleading (this email exchange) |
| **Importance:** | High |

**From:** Guffy, Elizabeth [mailto:eguffy@lockelord.com]
**Sent:** Monday, April 25, 2022 1:34 PM
**To:** Ira Kharasch <ikharasch@pszjlaw.com>
**Cc:** Frost-Davies, Julia <julia.frost-davies@morganlewis.com>
**Subject:** RE: Agilon/DS

The redline was filed separately.  As to the solicitation letter, we have no objection in principle, but you might consider revising it on the point of the releases being given "for no meaningful consideration or value to General Unsecured Creditors."  Since unsecured creditors have the ability to get a release for themselves, that doesn't seem to be an accurate statement.  But you are, of course, free to tell your constituency anything you like.

Elizabeth

**From:** Ira Kharasch <ikharasch@pszjlaw.com>
**Sent:** Monday, April 25, 2022 3:21 PM
**To:** Guffy, Elizabeth <eguffy@lockelord.com>
**Cc:** Frost-Davies, Julia <julia.frost-davies@morganlewis.com>
**Subject:** Agilon/DS
**Importance:** High

**\*\* External Email -- Sender: ikharasch@pszjlaw.com \*\***

Elizabeth, I see you filed your revised DS.  I don't see a redline filed.  Can you send me a redline ASAP?  Also, are you agreeing to send out our solicitation letter that we sent you on Thursday?

Thanks, Ira