IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AGILON ENERGY HOLDINGS II, LLC, *et al.* | § § § | Case No. 21-32156 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## NOTICE OF FILING OF SECOND PLAN SUPPLEMENT

### Table of Contents

| Exhibit | Description |
|---|---|
| 1 | Plan Administrator Agreement |
| 2 | Schedule of Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |

**PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in the Plan Supplement, the Amended Plan Supplement and the Second Plan Supplement remain subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto.  The Debtors reserve the right to alter, amend, modify, or supplement any document in this and the Amended Plan Supplement in accordance with the Plan at any time before the Effective Date of the Plan or any such other date as may be provided for by the Plan or by order of the Court; provided that if any document in this and the Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Court.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II, LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

Dated:  May 13, 2022

Respectfully submitted,

By: */s/ Simon R. Mayer*
Elizabeth M. Guffy
Texas Bar No. 08592525
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email:  eguffy@lockelord.com
          simon.mayer@lockelord.com

*Attorneys for*
*Agilon Energy Holdings II LLC, et al.*

## Certificate of Service

The undersigned certifies that this Plan Supplement was served electronically on May 13, 2022 via ECF on those parties registered to receive such ECF service in these Cases.

*/s/ Simon R. Mayer*
Simon R. Mayer

2