UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>AGILON ENERGY HOLDINGS II LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-32156 (MI)<br><br>**Objection Deadline**: June 1, 2022<br><br>(Jointly Administered) |

### SUMMARY OF NINTH MONTHLY FEE STATEMENT OF RIVERON RTS, LLC[2] FOR PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022

| **Name of Applicant:** | Riveron RTS, LLC f/k/a Conway MacKenzie, LLC[2] |
|---|---|
| **Applicant's Role in Case:** | Financial Advisor to Official Committee of Unsecured Creditors |
| **Date Order of Employment Signed:** | September 07, 2021<br>(Retroactive to August 11, 2021<br>[Docket No. 202] |

| | **Beginning of Period** | **End of Period** |
|---|---|---|
| **Time period covered by this Application:** | 4/1/2022 | 4/30/2022 |
| **Time period covered by prior Applications:** | 8/11/2021 | 3/31/2022 |
| **Total fees requested in all prior Applications:** | | $602,982.00 |
| **Total fees requested in this Application:** | | $22,701.60<br>(80% of $28,377.00) |
| **Total professional fees requested in this Application:** | | $26,877.00 |
| **Total actual professional hours covered by this Application:** | | 31.1 |
| **Average hourly rate for professionals:** | | $864.21 |
| **Total paraprofessional fees requested in this Application:** | | $250.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 6.0 |

---

[1] The debtors and debtors in possession these Chapter 11 Cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and VPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

[2] Conway MacKenzie, LLC changed its name to Riveron RTS, LLC effective September 1, 2021.

| | |
|---|---|
| **Average hourly rate for paraprofessionals:** | $250.00 |
| **Reimbursable expenses sought in this application:** | $1,963.75 |
| **Indicate whether plan has been confirmed:** | No |

This is a __X__ monthly ____ interim ____ final application.

The Riveron RTS, LLC professionals who rendered services in these cases during the Ninth Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,420.00 | 8.1 | $11,502.00 |
| Gary R. Barton | Managing Director | $960.00 | 4.7 | $4,512.00 |
| Campbell C. Hughes | Director | $820.00 | 6.7 | $5,494.00 |
| Matthew A. Sonnier | Associate | $490.00 | 1.1 | $539.00 |
| Ethan J. Stanley | Associate | $460.00 | 10.5 | $4,830.00 |
| Natalie J. Klein | Administrative Assistant | $250.00 | 6.0 | $1,500.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | **37.1** | **$28,377.00** |
| **Blended Rate** |  | **$764.88** |  |  |

The total hours and fees incurred, by Task Code, during the Ninth Application Period are:

| Task Code | Hours | Amount |
|---|---:|---:|
| Business Analysis | 6.6 | $8,682.00 |
| Case Administration | 1.6 | $400.00 |
| Cash Flow Analysis/Reporting | 9.2 | $7,728.00 |
| Fee/Employment Applications | 15.6 | $7,853.00 |
| Hearing Attendance/Preparation | 1.6 | $1,332.00 |
| Meetings and Communications | 0.8 | $568.00 |
| Plan and Disclosure Statement | 1.7 | $1,814.00 |
| **Total Hours and Fees** | **37.1** | **$28,377.00** |

The total amounts of expenses, by expense category, during the Ninth Application Period are:

| Expense Category | Amount |
|---|---:|
| Research | $1,963.75 |
| **Total Out-of-Pocket Expenses** | **$1,963.75** |

Expense detail by professional during the Ninth Application Period are:

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 4/15/2022 | Research | Research Software Subscription | $1,963.75 |
| **Total Expenses** | | | **$1,963.75** |

Time detail by professional during the Ninth Application Period are:

| Date | Professional | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2022 | Gary R. Barton | Business Analysis | Research PSZJ's questions on post sale costs and claims; and draft correspondence regarding same | 0.5 | $480.00 |
| 4/4/2022 | John T. Young, Jr. | Business Analysis | Multiple calls with Committee member to discuss case status of plan | 0.7 | $994.00 |
| 4/7/2022 | Gary R. Barton | Business Analysis | Call with H. Smith regarding status update on operations | 0.3 | $288.00 |
| 4/7/2022 | John T. Young, Jr. | Business Analysis | Multiple calls with Committee member to discuss case updates regarding plan and liquidation | 1.0 | $1,420.00 |
| 4/8/2022 | Gary R. Barton | Business Analysis | Email correspondence to Committee member regarding status of case | 0.3 | $288.00 |
| 4/9/2022 | John T. Young, Jr. | Business Analysis | Various calls with Committee member to discuss misc. questions regarding status of case | 0.8 | $1,136.00 |
| 4/13/2022 | Gary R. Barton | Business Analysis | Call from H. Smith regarding status of fees | 0.1 | $96.00 |
| 4/14/2022 | John T. Young, Jr. | Business Analysis | Call with Committee member to investigate cash balances from the Debtor | 0.5 | $710.00 |
| 4/14/2022 | John T. Young, Jr. | Business Analysis | Follow up call with Committee member to discuss cash balances findings and other misc. items | 0.4 | $568.00 |
| 4/21/2022 | Gary R. Barton | Business Analysis | Additional research of Castleman as requested by Committee member | 0.3 | $288.00 |
| 4/21/2022 | John T. Young, Jr. | Business Analysis | Follow up call with Committee member to discuss Castleman findings | 0.5 | $710.00 |
| 4/21/2022 | John T. Young, Jr. | Business Analysis | Multiple calls with Committee member to discuss Castleman | 1.2 | $1,704.00 |
| 4/4/2022 | Natalie J. Klein | Case Administration | Prepare WIP billing data for prior week for all professionals | 0.4 | $100.00 |
| 4/11/2022 | Natalie J. Klein | Case Administration | Prepare WIP billing data for prior week for all professionals | 0.4 | $100.00 |
| 4/18/2022 | Natalie J. Klein | Case Administration | Prepare WIP billing data for prior week for all professionals | 0.4 | $100.00 |
| 4/25/2022 | Natalie J. Klein | Case Administration | Prepare WIP billing data for prior week for all professionals | 0.4 | $100.00 |
| 4/6/2022 | Ethan J. Stanley | Cash Flow Analysis/Reporting | Review and update professional fee analysis and draft correspondence with RTS team | 0.9 | $414.00 |
| 4/7/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Respond to PSZJ's questions regarding professional fee statements and payments for past months | 0.3 | $288.00 |
| 4/11/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Prepare work plan to address Committee member questions on cash | 0.3 | $288.00 |
| 4/11/2022 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Review and analyze cash collateral budget to actuals and closing statement escrow accounts | 1.6 | $1,312.00 |
| 4/12/2022 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Review and analyze Debtors' actual cash reporting from sale close to present | 0.7 | $574.00 |
| 4/12/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Review cash roll forward received from Grant Thornton and comment thereon | 0.2 | $192.00 |
| 4/12/2022 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of Debtors' cash reporting analysis and draft commentary | 0.4 | $568.00 |
| 4/13/2022 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Prepare cash flow tracking analysis of post sale cash collateral, escrow, and carve out accounts | 1.3 | $1,066.00 |
| 4/13/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Review cash roll forward received analysis for Committee member and comment thereon | 0.3 | $288.00 |
| 4/13/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Review revised budget and draft commentary | 0.2 | $192.00 |
| 4/13/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Review status of February professional fee payments from RTS analysis | 0.2 | $192.00 |
| 4/14/2022 | Ethan J. Stanley | Cash Flow Analysis/Reporting | Assist C. Hughes (RTS) with professional fees analysis and prepare summary of analysis | 0.7 | $322.00 |
| 4/14/2022 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Continue to prepare cash flow tracking analysis of post sale cash collateral, escrow, and carve out accounts | 1.2 | $984.00 |
| 4/14/2022 | Gary R. Barton | Cash Flow Analysis/Reporting | Review and comment on Debtor cash balances in response to Committee member questions | 0.5 | $480.00 |
| 4/14/2022 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of revised budget | 0.4 | $568.00 |

| Date | Professional | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/4/2022 | Matthew A. Sonnier | Fee/Employment Applications | Assist with preparation of March fee statement | 0.7 | $343.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Download WIP billable time to prepare summary table for RTS March | 0.4 | $184.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Draft email of WIP billable time to RTS team for March time detail | 0.2 | $92.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Final review of all task codes, time details, and recorded time entries from RTS professionals | 0.4 | $184.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Prepare March monthly fee model for team time detail compilation | 0.9 | $414.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Review of all task codes, time details, and recorded time entries from RTS professionals | 1.9 | $874.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Review of check systems and formulas in the March monthly statement model | 0.1 | $46.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Review of team time detail for March monthly fee application for meeting attendance | 0.2 | $92.00 |
| 4/4/2022 | Ethan J. Stanley | Fee/Employment Applications | Spell and grammar review in March monthly statement model | 0.1 | $46.00 |
| 4/12/2022 | Ethan J. Stanley | Fee/Employment Applications | Final review of draft court filing prior to sending to supervisory review | 0.4 | $184.00 |
| 4/12/2022 | Natalie J. Klein | Fee/Employment Applications | Prepare March fee statement court filing with table summaries and update numbers | 2.6 | $650.00 |
| 4/13/2022 | Ethan J. Stanley | Fee/Employment Applications | Review wire received and draft correspondence to RTS team about outstanding balances | 0.4 | $184.00 |
| 4/14/2022 | Campbell C. Hughes | Fee/Employment Applications | Supervisory review of March fee application | 0.4 | $328.00 |
| 4/18/2022 | Ethan J. Stanley | Fee/Employment Applications | Correspondence with RTS and PSZJ to finalize and file March fee statement | 0.2 | $92.00 |
| 4/18/2022 | Ethan J. Stanley | Fee/Employment Applications | Prepare third interim model with time detail, WIP, and check systems | 1.5 | $690.00 |
| 4/18/2022 | Gary R. Barton | Fee/Employment Applications | Review monthly fee statement for March and draft commentary | 0.2 | $192.00 |
| 4/18/2022 | John T. Young, Jr. | Fee/Employment Applications | Supervisory review of March fee statement prior to filing with the court | 0.7 | $994.00 |
| 4/19/2022 | Natalie J. Klein | Fee/Employment Applications | Assist with preparation of third interim fee application by reviewing grammar and time detail and preparing table summaries | 1.8 | $450.00 |
| 4/19/2022 | Ethan J. Stanley | Fee/Employment Applications | Review third interim application court filing table summaries from excel model, and draft language regarding other case updates | 1.3 | $598.00 |
| 4/22/2022 | Campbell C. Hughes | Fee/Employment Applications | Supervisory review of third interim fee application | 0.5 | $410.00 |
| 4/25/2022 | Ethan J. Stanley | Fee/Employment Applications | Correspondence with RTS and PSZJ to finalize and file third interim fee application | 0.1 | $46.00 |
| 4/25/2022 | Gary R. Barton | Fee/Employment Applications | Review third quarterly fee application and draft commentary | 0.2 | $192.00 |
| 4/25/2022 | John T. Young, Jr. | Fee/Employment Applications | Supervisory review of third interim fee application prior to filing with the court | 0.4 | $568.00 |
| 4/21/2022 | Ethan J. Stanley | Hearing Attendance/Preparation | Attend Disclosure Statement hearing | 0.4 | $184.00 |
| 4/21/2022 | Matthew A. Sonnier | Hearing Attendance/Preparation | Attend Disclosure Statement hearing | 0.4 | $196.00 |
| 4/21/2022 | John T. Young, Jr. | Hearing Attendance/Preparation | Attend Disclosure Statement hearing | 0.4 | $568.00 |
| 4/21/2022 | Gary R. Barton | Hearing Attendance/Preparation | Attend Disclosure Statement hearing | 0.4 | $384.00 |
| 4/21/2022 | Ethan J. Stanley | Meetings and Communications | Attend meeting with Committee members, PSZJ, and RTS (G. Barton, E. Stanley) to discuss updates to disclosure statement based on hearing and next steps | 0.4 | $184.00 |
| 4/21/2022 | Gary R. Barton | Meetings and Communications | Attend meeting with Committee members, PSZJ, and RTS (G. Barton, E. Stanley) to discuss updates to disclosure statement based on hearing and next steps | 0.4 | $384.00 |

| Date | Professional | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/21/2022 | Campbell C. Hughes | Plan and Disclosure Statement | Review Debtors' liquidation analysis | 0.6 | $492.00 |
| 4/25/2022 | Campbell C. Hughes | Plan and Disclosure Statement | Review Debtors' amended disclosure statement filing and supplemental attachments; Review responses to the same filed by the Committee | 0.4 | $328.00 |
| 4/25/2022 | John T. Young, Jr. | Plan and Disclosure Statement | Supervisory review of Debtors' amended DS and review commentary from PSZJ | 0.7 | $994.00 |
| | | | **Total Hours and Fees** | **37.1** | **$28,377.00** |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 144] entered by the Court on August 20, 2021 (the "Interim Compensation Order"), Riveron RTS, LLC f/k/a Conway MacKenzie, LLC ("Riveron RTS"), submits the Ninth monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2022 through April 30, 2022 (the "Statement Period").

WHEREFORE, pursuant to the Interim Compensation Order, Riveron RTS respectfully requests payment of compensation for the Committee in the amount of (i) $22,701.60 (which equals 80% of $28,377.00) on account of actual, reasonable and necessary professional services Riveron RTS rendered to the Committee and (ii) reimbursement of the actual and necessary expenses in the amount of $1,963.75 incurred on behalf of the Committee by Riveron RTS, for the total amount of **$24,665.35.**

Dated: May 18, 2022

**RIVERON RTS, LLC f/k/a CONWAY MACKENZIE, LLC**

/s/ *John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, TX. 77010
Telephone: (713) 650-0500
E-mail: John.Young@Riveron.com

*Financial Advisor to the Official Committee of Unsecured Creditors*