UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**AGILON ENERGY HOLDINGS II LLC,** *et al.*<sup>1</sup><br><br>Debtors. | Chapter 11<br><br>Case No. 21-32156 (MI)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO THE THIRD INTERIM APPLICATION OF RIVERON RTS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2022 THROUGH MARCH 31, 2022**
(Related Docket No. 701)

The undersigned hereby certifies as follows:

1.      On April 27, 2022, the *Third Interim Application Of Riveron RTS, LLC For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period Of January 1, 2022 Through March 31, 2022* [Docket No. 701] (the "Application") was filed with the Court by the Official Committee of Unsecured Creditors (the "Committee").

2.      Responses, if any, to the Application were required to have been filed with the Court on or before May 18, 2022 (the "Response Deadline").

3.      The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order

---

<sup>1</sup> The debtors and debtors in possession these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and CPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste. 601, Houston, Texas 77057.
DOCS_NY:45794.1 01209/002

granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: May 23, 2022

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:     (713) 691-9385
Facsimile:     (713) 691-9407
Email:  mwarner@pszjlaw.com
            bwallen@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of May, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                      */s/ Michael D. Warner*
                                                      Michael D. Warner