IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **AGILON ENERGY HOLDINGS II LLC**, *et al.*,[1] | § § | Case No. 21-32156 (MI) |
| Debtor. | § § § | (Jointly Administered) |

**ORDER ALLOWING INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF RIVERON RTS, LLC[2] AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 1, 2022 THROUGH MARCH 31, 2022**

The Court has considered the Third Interim Application for Compensation and Reimbursement of Expenses filed by Riveron RTS, LLC f/k/a Conway MacKenzie, LLC ("Applicant").  The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the unpaid or remaining amount of $85,086.50.

2. The Debtors are authorized to disperse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2022

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors and debtors in possession these Chapter 11 Cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and VPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

[2] Conway MacKenzie, LLC changed its name to Riveron RTS, LLC effective September 1, 2021.