IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AGILON ENERGY HOLDINGS II LLC, *et al.* | § § | Case No. 21-32156 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
JUNE 7, 2022, AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

1. Hearing on final approval of and on confirmation of the *Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 784].

    **Responses Received:**

    i. *None*

    **Related Documents:**

    i. *Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 647];

    ii. *Notice of Plan Supplement* [Docket No. 680];

    iii. *Notice of Filing of Amended Plan Supplement* [Docket No. 683];

    iv. *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 691];

    v. *Order (I) Conditionally Approving Disclosure Statement; (II) Fixing the Record Date for Voting; (III) Approving the Plan Solicitation Package and Voting Procedures; (IV) Setting Deadlines to Vote on Plan and to Object to Plan and Disclosure Statement; and (V) Setting Hearing on Final Approval of Disclosure Statement and Plan Confirmation* [Docket No. 698];

    vi. *Certificate of Service* of Solicitation Materials [Docket No. 718];

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II, LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

 vii. *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 741];

 viii. *Notice of Filing Second Plan Supplement* [Docket No. 754];

 ix. *Declaration of Alexa Westmoreland on Behalf of Stretto Regarding Solicitation of Votes and of Ballots Accepting or Rejecting the Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 778];

 x. *Notice of Continued Hearing on Confirmation of Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC et al.* [Docket No. 785];

 xi. *Certificate of Service* of Third Amended Plan [Docket No. 786];

 xii. *Notice of Filing Third Plan Supplement* [Docket No. 787];

 xiii. *Notice of Filing Fourth Plan Supplement* [Docket No. 793]; and

**Status:** This matter is going forward.

**Proposed Order:** Proposed *Findings of Fact and Conclusions of Law and Order Approving Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Agilon Energy Holdings II, LLC, et al.* [Docket No. 794].

2. *Sixth Stipulation and Agreed Bridge Order (I) Extending Debtors' Authorized Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Related Relief* [Docket No. 742].

 **Responses Received:**

  i. *None*

 **Status:** This matter is not going forward.

**Exhibit and Witness List:**

1. Debtors' Combined Witness and Exhibit List [Docket No. 789 & 790]; and

2. The Official Committee of Unsecured Creditors' Witness and Exhibit List [Docket No. 788].

Respectfully submitted,

*/s/ Simon R. Mayer*
Elizabeth M. Guffy
Texas Bar No. 08592525
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email: eguffy@lockelord.com
       simon.mayer@lockelord.com

***Attorneys for***
***Agilon Energy Holdings II LLC, et al.***

3