# **EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 11
 : 
AGILON ENERGY HOLDINGS II LLC, *et al.*,[1] : Case No. 21-32156 (MI)
 : 
 : Jointly Administered
 : 
Debtors. : 
---------------------------------------------------------------x

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP

(Related Docket No. ____)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Pachulski Stang Ziehl & Jones LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $1,371,612.47 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated:_____, 2022     _____
                                THE HONORABLE MARVIN ISGUR
                                UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors and debtors in possession these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and CPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste. 601, Houston, Texas 77057.

61542/0001-21663705v1