# EXHIBIT 3

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FINAL FEE APPLICATION
## (AUGUST 11, 2021 THROUGH JUNE 14, 2022)

| NAME | TITLE OR POSITION | DATE OF FIRST ADMISSION | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|
| | | | | | IN THIS APPLICATION | IN PREVIOUS INTERIM APPLICATIONS | |
| Robert J. Feinstein | Partner | 1982 | $915.00<br>$78,183.00 | .6<br>71.4 | $1,525<br>$1,395 | $1,525<br>$1,395 | 1 |
| Ira D. Kharasch | Partner | 1983 | $211,841.50<br>$179,802.50 | 141.7<br>135.7 | $1,495<br>$1,325 | $1,495<br>$1,325 | 1 |
| Jeffrey N. Pomerantz | Partner | 1989 | $81,931.50<br>$152,033.00 | 56.7<br>117.4 | $1,445<br>$1,295 | $1,445<br>$1,295 | 1 |
| Kenneth H. Brown | Partner | 1981 | $24,691.50 | 17.7 | $1,395 | $1,395 | 0 |
| Michael D. Warner | Partner | 1984 | $82,350.00<br>$172,480.00 | 61.0<br>140.8 | $1,350<br>$1,225 | $1,350<br>$1,225 | 1 |
| Maxim B. Litvak | Partner | 1997 | $26,137.50<br>$46,012.50 | 20.5<br>40.9 | $1,275<br>$1,125 | $1,275<br>$1,125 | 1 |
| Beth E. Levine | Counsel | 1993 | $20,168.50 | 19.3 | $1,195 | $1,195 | 0 |
| Jonathan J. Kim | Counsel | 1995 | $78,183.00<br>$88,754.00 | 71.4<br>89.2 | $1,095<br>$995 | $995 | 1 |
| Ayala A. Hassell | Counsel | 1986 | $65,190.00<br>$46,037.50 | 82.0<br>63.5 | $795<br>$725 | $795<br>$725 | 1 |
| Benjamin L. Wallen | Associate | 2016 | $3,300.00<br>$16,650.00 | 4.0<br>22.2 | $825<br>$750 | $825<br>$750 | 1 |
| Steven W. Golden | Associate | 2015 | $465.00<br>$13,485.00 | .6<br>18.6 | $775<br>$725 | $775<br>$725 | 1 |
| Kerri L. LaBrada | Paralegal | n/a | $26,532.00<br>$34,592.00 | 53.6<br>75.2 | $495<br>$460 | $495<br>$460 | 1 |
| La Asia S. Canty | Paralegal | n/a | $396.00 | .8 | $495 | $495 | 0 |
| Leslie A. Forrester | Other | n/a | $2,722.50<br>$2,565.00 | 5.5<br>5.4 | $495<br>$475 | $495<br>$475 | 1 |
| Denise L. Mendoza | Other | n/a | $869.00 | 2.2 | $395 | $395 | 1 |
| Virgnia L. Downing | Other | n/a | $395.00 | 1.0 | $395 | $395 | 0 |
| | | Sub-Total: | $1,378,499.50 | | | | |
| | | Voluntary Reduction: | ($14,286.75) | | | | |
| | | Total: | $1,364,212.75 | 1,247.5 | | | |