**Exhibit A**

**Time and Fee Summaries by Professional for the Final Application Period**

| Professional | Title | Hourly Rate - 2021 | Hourly Rate - 2022 | Hours | Fees |
|---|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,350.00 | $1,420.00 | 125.6 | $172,675.00 |
| Gary R. Barton | Managing Director | $885.00 | $960.00 | 197.6 | $180,846.00 |
| Campbell C. Hughes | Senior Director | $780.00 | $820.00 | 185.3 | $146,050.00 |
| Dan W. Fertig | Director | $760.00 | $800.00 | 7.8 | $5,928.00 |
| Arjun N. Patel | Senior Associate | $570.00 | $570.00 | 18.8 | $10,716.00 |
| Britton J. Bissett | Senior Associate | $590.00 | $610.00 | 57.8 | $34,132.00 |
| Matthew A. Sonnier | Senior Associate | $440.00 | $490.00 | 25.8 | $12,072.00 |
| Ethan J. Stanley | Associate | $410.00 | $460.00 | 202.7 | $89,242.00 |
| Natalie J. Klein | Administrative Assistant | $235.00 | $250.00 | 30.0 | $7,245.00 |
| | | | | | |
| **Subtotal Hours & Fees** | | | | 851.4 | $658,906.00 |
| Time to be Incurred[1] | | | | | $10,000.00 |
| **Total Hours & Fees** | | | | 851.4 | $668,906.00 |
| **Blended Rate** | | **$785.65** | | | |

[1] Amount includes $10,000.00 estimate for fees and expenses to be incurred subsequent to the Effective Date (i.e., June 14, 2022) in connection with the preparation and filing of the Final Application, and any potential hearings regarding the Final Application.