**Exhibit B**

**Time and Fee Summaries by Task Code for the Final Application Period**

| Task Code | Hours | Amount |
|---|---|---|
| Business Analysis | 174.2 | $152,277.50 |
| Cash Flow Analysis/Reporting | 164.4 | $121,375.00 |
| Asset Disposition | 101.9 | $96,014.00 |
| Fee/Employment Applications[1] | 152.6 | $94,470.00 |
| Meetings and Communications | 77.7 | $74,450.50 |
| Schedules and Statement of Financial Affairs | 70.9 | $50,740.00 |
| Claims Analysis | 45.4 | $36,400.00 |
| Plan and Disclosure Statement | 19.0 | $19,689.00 |
| Hearing Attendance/Preparation | 11.0 | $9,930.50 |
| Case Administration | 29.0 | $9,394.00 |
| Monthly Operating Reports | 5.3 | $4,165.50 |
| | | |
| **Total Hours and Fees** | **851.4** | **$668,906.00** |

[1] Amount includes $10,000.00 estimate for fees and expenses to be incurred subsequent to the Effective Date (i.e., June 14, 2022) in connection with the preparation and filing of the Final Application, and any potential hearings regarding the Final Application.