<u>**Exhibit C**</u>

**Expense Summary for the Final Application Period**

| Expense Category | Amount |
|---|---|
| Research | $19,637.50 |
| Legal | $1,150.00 |
| | |
| **Total Out-of-Pocket Expenses** | **$20,787.50** |