## Exhibit D

## Time and Fee Summaries and Detail for June 1, 2022 through June 14, 2022

| Date | Professional | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2022 | Campbell C. Hughes | Business Analysis | Email correspondence with counsel regarding wind down budget | 0.8 | $656.00 |
| 6/9/2022 | Britton J. Bissett | Fee/Employment Applications | Prepare May fee statement | 1.5 | $915.00 |
| 6/10/2022 | Matthew A. Sonnier | Fee/Employment Applications | Review of May fee statement for accuracy and consistency with prior statements | 1.0 | $490.00 |
| 6/13/2022 | Matthew A. Sonnier | Fee/Employment Applications | Consolidate time detail for all professionals in preparation of final fee application | 2.3 | $1,127.00 |
| 6/13/2022 | Matthew A. Sonnier | Fee/Employment Applications | Reconcile all hours from filed fee statements to final fee application supporting documentation to ensure accuracy | 2.1 | $1,029.00 |
| 6/13/2022 | Matthew A. Sonnier | Fee/Employment Applications | Draft language for final fee statement word document | 1.2 | $588.00 |
| 6/14/2022 | Campbell C. Hughes | Fee/Employment Applications | Supervisory review of May fee statement prior to Managing Director sign off | 0.4 | $328.00 |
| 6/14/2022 | Matthew A. Sonnier | Fee/Employment Applications | Prepare final fee application template with focus on task code descriptions and draft language | 2.6 | $1,274.00 |
| 6/14/2022 | Natalie J. Klein | Case Administration | Prepare report of time detail log from the accounting databases to ensure time detail was accurately logged and reconciled to the fee statement and the engagement is staffed properly to comply with the Debtors' budget | 1.0 | $250.00 |
| 6/15/2022 | Gary R. Barton | Fee/Employment Applications | Supervisory review of May fee statement | 0.3 | $288.00 |
| Time to be Incurred[1] | | | | | $10,000.00 |
| | | | **Total Hours and Fees** | **13.2** | **$16,945.00** |

[1] Amount includes $10,000.00 estimate for fees and expenses to be incurred subsequent to the Effective Date (i.e., June 14, 2022) in connection with the preparation and filing of the Final Application, and any potential hearings regarding the Final Application.