United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| AGILON ENERGY HOLDINGS II LLC, *et al.* § | Case No. 21-32156 (MI) |
| § | |
| Debtors.[1] § | (Jointly Administered) |
| § | |

**ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF
LOCKE LORD, LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN
POSSESSION FOR (I) THE FOURTH INTERIM FEE PERIOD FROM APRIL 1, 2022
THROUGH AND INCLUDING JUNE 14, 2022 AND (II) THE FEE PERIOD FROM
JUNE 27, 2021 THROUGH AND INCLUDING JUNE 14, 2022**
(Related to Docket No. 830)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Locke Lord, LLP ("*Applicant*"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $2,084,413.90 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: August 12, 2022

Marvin Isgur
United States Bankruptcy Judge

[1] The Debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Debtors' mailing address is: PO Box 163, Plantersville, Texas 77363.

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 21-32156-mi
Agilon Energy Holdings II LLC                                     Chapter 11
Victoria Port Power LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                              User: ADIuser                                          Page 1 of 4
Date Rcvd: Aug 12, 2022                       Form ID: pdf002                                Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | | Recipient Name and Address |
|---|---|---|---|
| db | | #+ | Agilon Energy Holdings II LLC, 480 Wildwood Forest Drive, Suite 475, Spring, TX 77380-4243 |
| db | | + | Victoria City Power LLC, PO Box 163, Plantersville, TX 77363-0163 |
| db | | + | Victoria Port Power LLC, PO Box 163, Plantersville, TX 77363-0163 |
| cr | | + | Berry Contracting, L.P. d/b/a Bay, Ltd., Ronald A. Simank, Schauer & Simank, P.C., 615 N. Upper Broadway, Suite 700, Corpus Christi, TX 78401-0857 |
| cr | | + | Castleman Power Development LLC, 24 Greenway Plaza, Suite 970, HOUSTON, TX 77046-2454 |
| cr | | + | J-W Power Company, Miller Mentzer Walker, P.C., 100 N. Main Street, P. O. Box 130, Palmer, TX 75152 UNITED STATES 75152-0130 |
| cr | | + | NAES Corporation, c/o Jameson J. Watts, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701 UNITED STATES 78701-4093 |
| op | | + | Stretto, Stretto, 8269 E. 23rd Avenue, Suite 275, Denver, CO 80238-3597 |
| cr | | + | Tennessee Gas Pipeline Company L.L.C., c/o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| intp | | + | Tres Port Power, LLC, Tres City Power, LLC and TXC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | | + | Victoria Bloomington, LLC, 5850 San Felipe, Suite 601, Houston, TX 77057-8004 |
| cr | | + | Victoria Willow LLC, 5850 San Felipe, Suite 601, Houston, TX 77057-8004 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 12 2022 19:59:00 | Harrris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Akerman LLP |
| intp | | Electric Reliability Council of Texas, Inc. |
| cr | | Fluor Enterprises, Inc. |
| cr | | Global Project Strategy, Inc. |
| intp | | MP2 Energy, LLC |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | ProEnergy Services, LLC |
| intp | | Rev 1 Energy, Inc. |
| intp | | Rockland Capital, LLC |
| cr | | The Prudential Insurance Company of America |
| cr | | Victoria County |
| intp | | Victoria Port Power II LLC |
| cr | | Wilmington Trust, National Association |

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: pdf002 | Total Noticed: 13 |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex R. Rovira | on behalf of Interested Party Rockland Capital LLC arovira@sidley.com, nyefiling@sidley.com;alex-rovira-4828@ecf.pacerpro.com |
| Amber Michelle Carson | on behalf of Creditor The Prudential Insurance Company of America acarson@grayreed.com |
| Benjamin Lawrence Wallen | on behalf of Creditor Committee Official Committee of Unsecured Creditors bwallen@pszjlaw.com klabrada@pszjlaw.com |
| Bradford Wald Irelan | on behalf of Creditor Global Project Strategy Inc. birelan@imtexaslaw.com, dhall@imtexaslaw.com;gholder@imtexaslaw.com |
| Brian Thomas Bagley | on behalf of Creditor Akerman LLP brian.bagley@akerman.com diane.osterholt@akerman.com;debbie.guerrero@akerman.com;Priscilla.adame@akerman.com |
| Carey D Schreiber | on behalf of Creditor ProEnergy Services LLC cschreiber@winston.com, dcunsolo@winston.com;carey-schreiber-2307@ecf.pacerpro.com |
| Craig E Power | on behalf of Interested Party MP2 Energy LLC cpower@cokinoslaw.com, mbartlett@cokinoslaw.com;eolson@cokinoslaw.com |
| David William Parham | on behalf of Creditor Akerman LLP david.parham@akerman.com cindy.ferguson@akerman.com;teresa.barrera@akerman.com;laura.taveras@akerman.com |
| Deborah Michelle Perry | on behalf of Interested Party Electric Reliability Council of Texas Inc. dperry@munsch.com |
| Diane Wade Sanders | on behalf of Creditor Victoria County austin.bankruptcy@publicans.com |
| Elizabeth M Guffy | on behalf of Debtor Agilon Energy Holdings II LLC eguffy@lockelord.com eguffy@ecf.axosfs.com |
| Elizabeth M Guffy | on behalf of Debtor Victoria City Power LLC eguffy@lockelord.com eguffy@ecf.axosfs.com |
| Elizabeth M Guffy | on behalf of Debtor Victoria Port Power LLC eguffy@lockelord.com eguffy@ecf.axosfs.com |
| Eric Wade Boylan | on behalf of Debtor Agilon Energy Holdings II LLC eric.boylan@lockelord.com |
| Gabrielle A Ramirez | on behalf of Creditor Fluor Enterprises Inc. gramirez@joneswalker.com |
| George H Singer | on behalf of Creditor Wilmington Trust National Association singerg@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
| Date Rcvd: Aug 12, 2022 | Form ID: pdf002 | Total Noticed: 13 |

Jacob Michael Stephens
    on behalf of Creditor Global Project Strategy  Inc. jstephens@imtexaslaw.com, dhall@imtexaslaw.com

James Emery Rogers
    on behalf of Creditor Akerman LLP james.rogers@akerman.com
debbie.guerrero@akerman.com;betty.blankenship@akerman.com

Jameson Joseph Watts
    on behalf of Creditor NAES Corporation jameson.watts@huschblackwell.com
penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Joseph E Bain
    on behalf of Creditor Fluor Enterprises  Inc. JBain@joneswalker.com,
kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com;mellaine-salinas-0728@ecf.pacerpro.com;msalinas@joneswalker.com

Joseph G Epstein
    on behalf of Creditor Castleman Power Development LLC joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph G Epstein
    on behalf of Creditor Victoria Willow LLC joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph G Epstein
    on behalf of Creditor Victoria Bloomington  LLC joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joshua W. Wolfshohl
    on behalf of Debtor Agilon Energy Holdings II LLC jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Julie Ann Walker
    on behalf of Creditor J-W Power Company jwalker@milmen.com  ndoyle@milmen.com

Karl Daniel Burrer
    on behalf of Interested Party Tres Port Power  LLC, Tres City Power, LLC and TXCR Acquisition Co., LLC burrerk@gtlaw.com,
jamrokg@gtlaw.com,

Kevin M Lippman
    on behalf of Interested Party Electric Reliability Council of Texas  Inc. klippman@munsch.com

Maegan Quejada
    on behalf of Interested Party Rockland Capital  LLC mquejada@sidley.com,
txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maria Mulrooney Bartlett
    on behalf of Interested Party MP2 Energy  LLC mbartlett@cokinoslaw.com

Michael D Warner
    on behalf of Creditor Committee Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Shane Johnson
    on behalf of Debtor Agilon Energy Holdings II LLC sjohnson@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Patricia Williams Prewitt
    on behalf of Creditor Tennessee Gas Pipeline Company L.L.C. Patti@pprewittlaw.com  pattiprewittlaw@gmail.com

Paul D Moak
    on behalf of Creditor The Prudential Insurance Company of America pmoak@reedsmith.com
rrodriguez@reedsmith.com;srhea@reedsmith.com

Ronald A Simank
    on behalf of Creditor Berry Contracting  L.P. d/b/a Bay, Ltd. rsimank@cctxlaw.com

Simon Richard Mayer
    on behalf of Debtor Victoria City Power LLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
    on behalf of Debtor Victoria Port Power LLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
    on behalf of Debtor Agilon Energy Holdings II LLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Stephen Douglas Statham
    on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Steven M. Berman
    on behalf of Interested Party Rev 1 Energy  Inc. sberman@shumaker.com

Steven William Golden
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sgolden@pszjlaw.com  lcanty@pszjlaw.com

| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: pdf002 | Total Noticed: 13 |

T. Josh Judd
    on behalf of Creditor ProEnergy Services  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara L Grundemeier
    on behalf of Creditor Harrris County  et al. houston_bankruptcy@publicans.com

Thomas Andrew Woolley, III
    on behalf of Creditor ProEnergy Services  LLC rwoolley@mrwpllc.com, shall@mrwpllc.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

William Alfred Wood, III
    on behalf of Interested Party Victoria Port Power II LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William R Sudela
    on behalf of Creditor Nexus Controls LLC f/k/a GE Energy Control Solutions  LLC wsudela@cjmlaw.com

TOTAL: 47