United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>AGILON ENERGY HOLDINGS II LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-32156 (MI)<br><br>(Jointly Administered) |

## AMENDED FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RIVERON RTS, LLC F/K/A CONWAY MACKENZIE, LLC

(Related Docket Nos. 840 and 861)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Riveron RTS, LLC f/k/a Conway MacKenzie, LLC (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $689,693.50 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: October 11, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The debtors and debtors in possession these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389) ("Agilon"), Case No. 21-32156; Victoria Port Power LLC (4894) ("VPP"), Case No. 21-32157; and Victoria City Power LLC (4169) ("VCP" and together with Agilon and CPP, the "Debtors"), Case No. 21-32158. The Debtors' mailing address is: 5850 San Felipe, Ste. 601, Houston, Texas 77057.

[2] Conway MacKenzie, LLC changed its name to Riveron RTS, LLC effective September 1, 2021.

DOCS_NY:46488.1 01209/003