United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **AGILON ENERGY HOLDINGS II LLC,** *et al.* | § § | **Case No. 21-32156 (MI)** |
| Debtors.[1] | § § § | **(Jointly Administered)** |

### ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon the motion (the "***Extension Motion***")[2] of the Hugh Smith Advisors, LLC, solely in its capacity as Plan Administrator (the "***Plan Administrator***") on behalf of the above-captioned Post-Effective Date Debtors (the "***Reorganized Debtors***") seeking entry of an order extending the Claims Objection Deadline, all as more fully set forth in the Extension Motion; and the Court having jurisdiction over the Extension Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Extension Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Extension Motion having been provided to the parties as set forth in the Extension Motion; and it appearing no other or further notice need be provided; and the Court having determined that the relief sought in the Extension Motion is in the best interests of the Post-Effective Date Debtors, the Agilon Litigation Trust, its beneficiaries, the Plan Administrator, the Litigation Trustee, and all parties in interest; and the Court having determined that the legal and

---

[1] The Post-Effective Date Debtors in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Post-Effective Date Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Extension Motion.

factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **THEREFORE**

**ORDERED** that, the Claims Objection Deadline shall be and hereby is extended through and including 11:59 p.m. (prevailing Central Time) on December 12, 2023.  It is further

**ORDERED** that, entry of this Order is without prejudice to the rights of either the Plan Administrator on behalf of the Post-Effective Date Debtors or the Litigation Trustee to seek further extension of the Claims Objection Deadline.  And it is further

**ORDERED** that this Court retains exclusive jurisdiction to the fullest extent permitted under the Plan, the Confirmation Order, and/or applicable law and/or arising from or related to the implementation of this Order and any challenges arising under, arising in or related to the relief granted in this Order shall be brought in this Court.

Signed: July 05, 2023

_____
Marvin Isgur
United States Bankruptcy Judge