United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| AGILON ENERGY HOLDINGS II LLC, *et al.* | § § | Case No. 21-32156 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon the motion (the "***Extension Motion***")[2] of the Hugh Smith Advisors, LLC, solely in its capacity as Plan Administrator (the "***Plan Administrator***") on behalf of the above-captioned Post-Effective Date Debtors (the "***Reorganized Debtors***") seeking entry of an order extending the Claims Objection Deadline, all as more fully set forth in the Extension Motion; and the Court having jurisdiction over the Extension Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Extension Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Extension Motion having been provided to the parties as set forth in the Extension Motion; and it appearing no other or further notice need be provided; and the Court having determined that the relief sought in the Extension Motion is in the best interests of the Post-Effective Date Debtors, the Agilon Litigation Trust, its beneficiaries, the Plan Administrator, the Litigation Trustee, and all parties in interest; and the Court having determined that the legal and

---

[1] The Post-Effective Date Debtors in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Agilon Energy Holdings II LLC (3389), Case No. 21-32156; Victoria Port Power LLC (4894), Case No. 21-32157; and Victoria City Power LLC (4169), Case No. 21-32158. The Post-Effective Date Debtors' mailing address is: 480 Wildwood Forest Drive, Suite 475, Spring, Texas 77380.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Extension Motion.

factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **THEREFORE**

**ORDERED** that, the Claims Objection Deadline shall be and hereby is extended through and including 11:59 p.m. (prevailing Central Time) on December 12, 2023.  It is further

**ORDERED** that, entry of this Order is without prejudice to the rights of either the Plan Administrator on behalf of the Post-Effective Date Debtors or the Litigation Trustee to seek further extension of the Claims Objection Deadline.  And it is further

**ORDERED** that this Court retains exclusive jurisdiction to the fullest extent permitted under the Plan, the Confirmation Order, and/or applicable law and/or arising from or related to the implementation of this Order and any challenges arising under, arising in or related to the relief granted in this Order shall be brought in this Court.

Signed: July 05, 2023

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:  Case No. 21-32156-mi

Agilon Energy Holdings II LLC  Chapter 11

Victoria Port Power LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Jul 05, 2023      Form ID: pdf002      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Agilon Energy Holdings II LLC, 480 Wildwood Forest Drive, Suite 475, Spring, TX 77380-4243 |
| db | + | Victoria City Power LLC, PO Box 163, Plantersville, TX 77363-0163 |
| db | + | Victoria Port Power LLC, PO Box 163, Plantersville, TX 77363-0163 |
| cr | + | Berry Contracting, L.P. d/b/a Bay, Ltd., Ronald A. Simank, Schauer & Simank, P.C., 615 N. Upper Broadway, Suite 700, Corpus Christi, TX 78401-0857 |
| cr | + | Castleman Power Development LLC, 24 Greenway Plaza, Suite 970, HOUSTON, TX 77046-2454 |
| cr | + | J-W Power Company, Miller Mentzer Walker, P.C., 100 N. Main Street, P. O. Box 130, Palmer, TX 75152 UNITED STATES 75152-0130 |
| cr | + | NAES Corporation, c/o Jameson J. Watts, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701 UNITED STATES 78701-4093 |
| cr | + | Tennessee Gas Pipeline Company L.L.C., c/o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| intp | + | Tres Port Power, LLC, Tres City Power, LLC and TXC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Victoria Bloomington, LLC, 5850 San Felipe, Suite 601, Houston, TX 77057-8004 |
| cr | + | Victoria Willow LLC, 5850 San Felipe, Suite 601, Houston, TX 77057-8004 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jul 06 2023 00:01:00 | Harrris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Akerman LLP |
| intp | | Electric Reliability Council of Texas, Inc. |
| cr | | Fluor Enterprises, Inc. |
| cr | | Global Project Strategy, Inc. |
| intp | | MP2 Energy, LLC |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | ProEnergy Services, LLC |
| intp | | Rev 1 Energy, Inc. |
| intp | | Rockland Capital, LLC |
| cr | | The Prudential Insurance Company of America |
| cr | | Victoria County |
| intp | | Victoria Port Power II LLC |
| cr | | Wilmington Trust, National Association |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf002 | Total Noticed: 12 |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023        Signature:        /s/Gustava Winters