UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: AGILON ENERGY HOLDINGS II LLC

Debtor(s)

Case No. 21-32156

Lead Case No. 21-32156

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2023

Petition Date: 06/27/2021

Plan Confirmed Date: 06/07/2022

Plan Effective Date: 06/14/2022

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Simon Mayer
Signature of Responsible Party

07/19/2023
Date

Simon Mayer
Printed Name of Responsible Party

600 Travis St #2800, Houston, TX 77002
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name AGILON ENERGY HOLDINGS II LLC  Case No. 21-32156

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $20,370 | $3,877,405 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $20,370 | $3,877,405 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $7,968,146 | $0 | $7,968,146 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | ERM | Financial Professional | $0 | $1,168,539 | $0 | $1,168,539 |
| ii | Riveron | Other | $0 | $689,694 | $0 | $689,694 |
| iii | Grant Thornton | Financial Professional | $0 | $1,068,601 | $0 | $1,068,601 |
| iv | Hugh Smith Advisors | Other | $0 | $728,052 | $0 | $728,052 |
| v | Locke Lord | Lead Counsel | $0 | $2,084,414 | $0 | $2,084,414 |
| vi | Pachulski Stang Ziehl | Other | $0 | $1,371,612 | $0 | $1,371,612 |
| vii | Porter Hedges | Special Counsel | $0 | $857,234 | $0 | $857,234 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name AGILON ENERGY HOLDINGS II LLC                                   Case No. 21-32156

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name AGILON ENERGY HOLDINGS II LLC          Case No. 21-32156

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name AGILON ENERGY HOLDINGS II LLC                                                                                          Case No. 21-32156

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name AGILON ENERGY HOLDINGS II LLC                                                Case No.  21-32156

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xlix |   |   |   |   |   |   |
| l |   |   |   |   |   |   |
| li |   |   |   |   |   |   |
| lii |   |   |   |   |   |   |
| liii |   |   |   |   |   |   |
| liv |   |   |   |   |   |   |
| lv |   |   |   |   |   |   |
| lvi |   |   |   |   |   |   |
| lvii |   |   |   |   |   |   |
| lviii |   |   |   |   |   |   |
| lix |   |   |   |   |   |   |
| lx |   |   |   |   |   |   |
| lxi |   |   |   |   |   |   |
| lxii |   |   |   |   |   |   |
| lxiii |   |   |   |   |   |   |
| lxiv |   |   |   |   |   |   |
| lxv |   |   |   |   |   |   |
| lxvi |   |   |   |   |   |   |
| lxvii |   |   |   |   |   |   |
| lxviii |   |   |   |   |   |   |
| lxix |   |   |   |   |   |   |
| lxx |   |   |   |   |   |   |
| lxxi |   |   |   |   |   |   |
| lxxii |   |   |   |   |   |   |
| lxxiii |   |   |   |   |   |   |
| lxxiv |   |   |   |   |   |   |
| lxxv |   |   |   |   |   |   |
| lxxvi |   |   |   |   |   |   |
| lxxvii |   |   |   |   |   |   |
| lxxviii |   |   |   |   |   |   |
| lxxix |   |   |   |   |   |   |
| lxxx |   |   |   |   |   |   |
| lxxxi |   |   |   |   |   |   |
| lxxxii |   |   |   |   |   |   |
| lxxxiii |   |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |   |
| lxxxv |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxix |   |   |   |   |   |   |
| xc |   |   |   |   |   |   |

Debtor's Name AGILON ENERGY HOLDINGS II LLC     Case No. 21-32156

|   | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,845,634 | $1,264,460 | $2,858,673 | $2,858,673 | 100% |
| b. Secured claims | $30,120,615 | $30,120,615 | $30,120,615 | $53,491,718 | 56% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:  06/14/2023

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

| | |
|---|---|
| Debtor's Name AGILON ENERGY HOLDINGS II LLC | Case No. 21-32156 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Hugh Smith | Hugh Smith |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 07/19/2023 |
| Title | Date |

Debtor's Name AGILON ENERGY HOLDINGS II LLC                                    Case No.  21-32156


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                              9

Debtor's Name AGILON ENERGY HOLDINGS II LLC                                    Case No.  21-32156



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                                   10